# EXHIBIT "A"



# JUAN FERNANDEZ-BARQUIN, ESQ.
## CLERK OF THE COURT AND COMPTROLLER
### MIAMI-DADE COUNTY

Contact Us     My Account     My Desk     

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM

◀◀ BACK

**STEVEN MAC ARTHUR BROOKS(ESTATE) ET AL VS ALEJANDRO MORENO ET AL**

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2024-020644-CA-01 | **Filing Date:** | 10/28/2024 |
| **State Case Number:** | 132024CA02064401GE01 | **Judicial Section:** | CA06 - Downtown Miami - Judge Johnson, Charles |
| **Consolidated Case No.:** | N/A | **Court Location:** | 73 West Flagler Street, Miami FL 33130 |
| **Case Status:** | OPEN | **Case Type:** | Contract & Indebtedness |

## ☰ Related Cases

Total Of Related Cases: 0   ➕

## 👥 Parties

Total Of Parties: 15   ➖

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | MAC ARTHUR BROOKS(ESTATE), STEVEN | | |
| Defendant | MORENO, ALEJANDRO | | |
| Defendant | PETERSON, SHANNON | | |
| Defendant | CAMPBELL, TERESA H | | |
| Defendant | JACKSON, SHIRLEY | | |
| Defendant | FLAUGHER, SHERYL | | |
| Defendant | SCHMIDT, NATHAN | | |
| Defendant | KISSICK, CAROLYN | | |
| Defendant | LITTLE, RYAN | | |
| Defendant | CARROLL, SCOTT | | |
| Defendant | DONAGHY, RUBIE | | |
| Defendant | SHEPPARD MULLIN RICHTER & HAMPTON LLP | | |
| Defendant | SAN DIEGO COUNTY CREDIT UNION | | |
| Defendant | SOUTH FLORIDA AUTO RECOVERY | | |
| Plaintiff | MACARTHUR BROOKS(IRR TRUST), STEVEN | | |

## 🔧 Hearing Details

Total Of Hearings: 0   ➕

## 🔊 Dockets

Total Of Dockets: 4   ➖

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 4 | 10/28/2024 | | Receipt: | Event | **RECEIPT#:2730028 AMT PAID:$556.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 3134-WRIT (GARD) ADD FE 1 $85.00 $85.00 3102-MULTIPLE DEFENDANT 8 $2.50 $20.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3140-SHERIFF'S FEE 1 $40.00 $40.00 TENDER TYPE:VISA CARD TENDER AMT:$556.00 RECEIPT DATE:10/28/2024 REGISTER#:273 CASHIER:SFLOWER** |
| 3 | 10/28/2024 | | Filed at Dade County Courthouse | Event | |
| 2 | 10/28/2024 | | Civil Cover Sheet - Claim Amount | Event | **2975.000.000.00** |
| 1 | 10/28/2024 | | Complaint | Event | |

◀◀ BACK

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.

### General

Online Case Home

Civil / Family Courts Information

Login

### Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



Juan Fernandez-Barquin, Esq.
Clerk of the Court and Comptroller
Miami-Dade County

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2024 Clerk of the Court & Comptroller. All rights reserved.

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>STEVEN MACARTHUR-BROOKS ESTATE, STEVEN MACARTHUR-BROOKS IRR</u>

<u>TRUST</u>

Plaintiff                                  Case # 24 20 64 4 CA01

Judge _____ (06)

vs.

<u>SAN DIEGO COUNTY CREDIT UNION, Shannon Peterson, Teresa H. Capmbell, Shirley</u>
<u>Jackson, Nathan Schmidt, Carolyn Kissick, Ryan Little, Scott Carroll, Rubie Donaghy,</u>
<u>SHEPPARD MULLIN RICHTER & HAMPTON LLP, Alejandro Moreno, SOUTH FLORIDA</u>
<u>AUTO RECOVERY</u>
Defendant

### II.   AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.   TYPE OF CASE   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>16</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
   ☐ yes
   ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
   ☒ no
   ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
   ☐ yes
   ☒ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
   ☐ yes
   ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Steven MacArthur-Brooks</u>      Fla. Bar #
       Attorney or party                         (Bar # if attorney)

<u>Steven MacArthur-Brooks</u>              <u>10/25/2024</u>
(type or print name)             Date

1  Steven MacArthur-Brooks, sui juris, In Propria Persona.
2  Kevin: Walker, sui juris, In Propria Persona.
   C/o 15822 North West 87th Court
3  Miami Date, Florida [33018]
4  non-domestic *without* the United States
   Email: steven@walkernovagroup.com
5
6  *Attorney In Fact, Executor, Trustee, Authorized*
   *Representative, and Secured Party* for Plaintiff(s)
7  ™STEVEN MACARTHUR-BROOKS© ESTATE,
   ™STEVEN MACARTHUR-BROOKS© IRR TRUST
8
   **CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA FOR**
9              **THE COUNTY OF MIAMI-DADE**
10 ™STEVEN MACARTHUR-BROOKS©          )  Case No.: 2 4 0 2 0 6 4 4 CA 0 1
   ESTATE, ™STEVEN MACARTHUR-          )              ( 0 6 )
11 BROOKS© IRR TRUST                   )  **VERIFIED COMPLAINT FOR:**
                                       )
12             Plaintiff(s),           )  1. **FRAUD**
                                       )  2. **BREACH OF CONTRACT**
13     vs.                             )  3. **EMBEZZLEMENT**
   Alejandro Moreno,                   )  4. **IDENTITY THEFT**
14 Shannon Peterson,                   )  5. **MONOPOLIZATION OF TRADE**
   Teresa H. Campbell,                 )     **AND COMMERCE**
15 Shirley Jackson,                    )  6. **DEPRIVATION OF RIGHTS**
                                       )  7. **RECEIVING EXTORTION**
16 Sheryl Flaugher,                    )     **PROCEEDS**
   Nathan Schmidt,                     )  8. **FALSE PRETENSES**
17 Carolyn Kissick,                    )  9. **EXTORTION**
18 Ryan Little,                        )  10. **RACKETEERING**
   Scott Carroll,                      )  11. **BANK FRAUD**
19 Rubie Donaghy,                      )  12. **TRANSPORTATION OF STOLEN**
20 SHEPPARD MULLIN RICHTER &           )      **PROPERTY, MONEY, &**
                                       )      **SECURITIES**
21 HAMPTON LLP,                        )  13. **SLANDER OF TITLE**
   SAN DIEGO COUNTY CREDIT             )  14. **REPLEVIN OR COMPENSATION**
22 UNION,                              )  15. **DECLARATORY JUDGEMENT &**
23 SOUTH FLORIDA AUTO RECOVERY,        )      **RELIEF**
   Does 1-100 Inclusive,               )  16. **SUMMARY JUDGEMENT - $2.975**
24                                     )      **BILLION**
             Defendant(s).            )
25
26 **Plaintiff(s)** sue Defendant(s) and assert as **established**, **considered**, and **admitted**:
27     1. **Plaintiff(s)**, ™STEVEN MACARTHUR-BROOKS© ESTATE and
28 ™STEVEN MACARTHUR-BROOKS© IRR TRUST, (collectively referred to as

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  "Plaintiffs") are trustees and fiduciaries of the subject property, and ' holders in

2  due course' of all assets, intangible and tangible, and are each a 'person,' and/or

3  'individual,' as defined by 26 U.S. Code § 7701(a)(1), and/or a 'bank,' as defined

4  by U.C.C. 1-201 and 4-105, 26 U.S. Code § 581, and 12 U.S. Code § 221a, and/or a

5  'financial institution,' as defined by 18 U.S. Code § 20 - Financial institution

6  defined.

7     **2.** Plaintiff(s) is/are the Real Party(ies) in Interest, holder(s) in due course,

8  and Creditor(s).

9     **3.** Plaintiffs <u>undisputedly</u> have **complete standing.**

10  **Defendants**

11     **4.** Defendant(s), Alejandro Moreno, Shannon Peterson, Teresa H. Campbell,

12  Shirley Jackson, Sheryl Flaugher, Nathan Schmidt, Carolyn Kissick, Ryan Little,

13  Scott Carroll, Rubie Donaghy, SHEPPARD MULLIN RICHTER & HAMPTON

14  LLP, SAN DIEGO COUNTY CREDIT UNION, SOUTH FLORIDA AUTO

15  RECOVERY, and/or Does 1-100 Inclusive, according to Law and Statute, are

16  each a **'person,'** and/or **'individual,'** as defined by 26 U.S. Code § 7701(a)(1),

17  and/or a **'bank,'** as defined by U.C.C. 1-201 and 4-105, 26 U.S. Code § 581, and

18  12 U.S. Code § 221a, and/or a **'financial institution,'** as defined by 18 U.S.

19  Code § 20 - Financial institution defined, and Defendants are engaged in

20  interstate commerce and/or doing business in Miami Dade County,

21  Florida, UNITED STATES.

22     **5.** Defendants **is/are the <u>DEBTOR(S)</u>** in this matter.

23     **6.** Defendants are **not** the CREDITOR, or an ASSIGNEE of the

24  CREDITOR, in this matter.

25     **7.** Defendants are do **not** have lawful or legal power of attorney in any

26  way.

27     **8.** Defendants are do **not** have standing.

28  **Unknown Defendants (Does 1-100)**

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

9.   Plaintiff does not know the true names of **Defendants Does 1 through 100**, inclusive, and therefore sues them by those fictitious names. Their true names and capacities are unknown to Plaintiff. When their true names and capacities are ascertained, Plaintiff will amend this complaint by inserting their true names and capacities herein. Plaintiff is informed and believes and thereon alleges that each of these unknown and fictitiously named Defendant(s) claim some right, title, estate, lien, or interest in the hereinafter-described real property adverse to Plaintiff's title, and that their claims, and each of them, constitute a cloud on Plaintiff's title to that real property.

## DESCRIPTION OF AFFECTED PRIVATE TRUST PROPERTY

10. This action affects title to the private real property described as a 2018 GMC SIERRA 1500, with VIN # 3GTP1NEC0JG447243, hereinafter referred to as the "Property," and **all** bonds, securities, Federal Reserve Notes, assets, tangible and intangible, registered and unregistered, and more particularly described in the <u>Authentic</u> **UCC1 filing #2024400157-3, and UCC3 filing #2024405802-2 and #2024403283-5**, both Filed in the Office of Secretary of State State Of Nevada. Attached hereto as **Exhibits A, B, and C** respectively, and incorporated herein by reference.

## STANDING

11. Plaintiffs are the Real Party in Interest, Creditor(s), and Holder(s) in Due Course, in accordance with § 3-302 of the U.C.C. (Uniform Commercial Code), of all assets, registered and unregistered, tangible and intangible, and hold allodial title to all assets. This is further evidenced by the following UCC filings, all duly filed in the Office of the Secretary of State, State of Nevada: UCC1 filing **#2024400157-3**, and UCC3 filings **#2024405802-2** and **#2024403283-5** (Exhibits A, B, and C).

12. Plaintiffs' contracted Attorney in Fact, Executor, and Authorized Representatives are Steven MacArthur-Brooks and Kevin Walker, as evidenced

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  by the 'Affidavit: Power of Attorney in Fact,' attached hereto as **Exhibit D** and
2  incorporated herein by reference.

3      13. The Plaintiff(s) alone possess(es) sole and exclusive standing and is/are
4  the 'Holder in Due Course,' in accordance with U.C.C. 3-302, of all real property,
5  assets, securities (both registered and unregistered), as well as tangibles and
6  intangibles..

7      14. Defendants <u>**DO NOT**</u> have **any** valid interest or standing, nor do
8  Defendants have a/any valid claim to the 'Property' (2018 GMC SIERRA 1500,
9  with VIN # 3GTP1NEC0JG447243), or any of the respective assets, registered
10  and unregistered, tangible and intangible.

11  // 

## THE CONSIDERED, AGREED, AND STIPULATED
## CONTRACT SECURITY AGREEMENT, AND
## AUTHORIZED JUDGMENT AND/OR LIEN

15      15. Plaintiffs and Defendants are parties to a certain Contract and Security
16  Agreement (**#RF204463888US**), evidenced by the notarized self-executing
17  security agreement and contract agreement received, considered, and accepted
18  by Defendant(s) via Registered Mail **#RF204463888US**. A true and correct copy
19  of the Contract and Security Agreement is attached hereto as **Exhibit E** and
20  incorporated herein by reference.

21      16. Defendant(s) received, considered, and accepted the Contract and Security
22  Agreement (Exhibit E), constituting a bona fide contract under the principles of
23  contract law and the Uniform Commercial Code (U.C.C.). Pursuant to the
24  mailbox rule, which establishes that acceptance of an offer is effective when
25  dispatched, and principles of silent acquiescence, tacit procuration, and tacit
26  agreement, the acceptance is valid. This acceptance aligns with the doctrine of
27  "offer and acceptance" and the provisions of **§ 2-202 of the U.C.C.**, which
28  governs the <u>**final**</u> **expression** of the **contract**.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

17. The Contract and Security Agreement (Exhibit D) stipulated and agreed that Defendants considered and accepted a **Judgment, and/or Summary Judgment, and/or Lien Authorization** (in accordance with U.C.C. § 9-509) against Defendant(s), in the sum amount of Two Billion Nine Hundred Seventy-Five Million and 00/100 U.S. Dollars ($2,975,000,000.00 USD), **in favor of Plaintiffs,**

18. The aforementioned DECREED judgment and LIEN is further evidenced by INVOICE/TRUE BILL #SANDIEGOCREDITDISHONOR24, which is included as part of Exhibit E.

19. Defendants **received, considered, and accepted** TRUE BILL/INVOICE #GEOQUALDISHONOR24 (Exhibit E) with an amount due to Plaintiffs in the sum amount of Two Billion Nine Hundred Seventy-Five Million and 00/100 U.S. Dollars ($2,975,000,000.00 USD).

//

## THE STIPULATED FACT AD UNREBUTTED VERIFIED COMMERCIAL AFFIDAVITS

20. Defendants received, considered, accepted, and agreed to all of the terms stipulated to in the **verified unrebutted commercial affidavits** and self-executing Contract and Security Agreement, all of which were confirmed, signed for via USPS form 3811, and delivered via USPS Registered, Express, and/or Certified Mail. These notices included:

(A) "AFFIDAVIT and PLAIN STATEMENT OF FACTS (Truth in Lending), NOTICE OF DEFAULT, FRAUD, SETOFF, RECOUPMENT, MANDATORY COUNTERCLAIM, NON-RESPONSE AND DISHONOR," sent via Certified Mail Number 9589071052701733216000, attached hereto as **Exhibit F** and incorporated herein by reference. A copy of the signed USPS form 3811 for this notice is attached hereto as **Exhibit G** and incorporated herein by reference, as evidence of receipt.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

(B) "AFFIDAVIT (Truth in Lending), NOTICE OF NON-RESPONSE, DEFAULT and OPPORTUNITY TO CURE," sent via Certified Mail Number 9589071052701733216123, attached hereto as **Exhibit H** and incorporated herein by reference. A copy of the signed USPS form 3811 for this notice is attached hereto as **Exhibit I** and incorporated herein by reference, as evidence of receipt.

(C) "AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGMENT, and LIEN AUTHORIZATION," sent via Registered Mail Number RF204463888US (Exhibit E) and incorporated herein by reference. A copy of the signed USPS form 3811 for this notice is attached hereto as **Exhibit J** and incorporated herein by reference, as evidence of receipt.

21. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants may **not** argue, controvert, or otherwise protest the finality of the administrative findings established through the unrebutted affidavits. As per established legal principles and **legal maxims**, once an affidavit is submitted and not rebutted, its content is accepted as true, and Defendants are barred from contesting these findings in subsequent processes, whether administrative or judicial.

22. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants or the entity they represent **is/are the <u>DEBTOR(S)</u>** in this matter.

23. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants are **not** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

//

//

//

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

## <u>Tender of Payment made in "full satisfaction" and Dollar for Dollar Discharge: U.C.C §§ 3-104, 3-603, 3-311, House Joint Resolution 192 of June 5, 1933 Public Law 73-10.</u>

20. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants never at any time risked any of its assets and truly only exchanged the GENUINE ORIGINAL PROMISSORY NOTE for "credit" according to the Federal Reserve Generally Accepted Accounting Standards (GAAS) with the FEDERAL RESERVE SYSTEM

21. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Plaintiffs under threat, duress, coercion, and extortion, made tender of payment to Defendant(s), in **good faith** in the amount of **Three Hundred Thousand U.S. Dollars ($24,000.00 USD)** for settlement and "**full satisfaction**," and have been made to a person entitled to enforce the instrument, as evidenced by Certified Mail Number 9589071052701733216000, the respective Certified BILL OF EXCHANGE, attached hereto as **Exhibit K**, and incorporated herein by reference.

22. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendant(s) individually and collectively, **fully agree** that if said tender of payment is/was "<u>refused</u>" there is/was **discharge, to the extent of the amount of the tender**, as stipulated by U.C.C. § 3-603. Given the clear indication of tender of payment contained a statement to the effect that the instrument was tendered as '**full satisfaction**' of the claim, as stipulated by U.C.C. § 3-311, there is again **discharge**.

23. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Janet Yellen and/or the <u>U</u>nited <u>S</u>tates Treasury is the registered holder and fiduciary of/for Plaintiff(s)' the private Two Hundred Billion Dollar ($200,000,000,000.00 USD) 'MASTER DISCHARGE AND INDEMNITY BOND' #RF372320890US, which was post deposited to private

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

post registered account #RF 204 463 931 US. Said Discharge and Indemnity Bond (#RF372320890US) expressly stipulates it is "insuring, underwriting, indemnifying, discharging, paying and satisfying **all** such account holders and accounts dollar for dollar against <u>**any and all pre-existing**</u>**,** <u>**current and future**</u> losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations **as may exist or come to exist** during the term of this Bond… Each of the said account holders and accounts **shall be severally insured, underwritten and indemnified against** <u>**any and all future Liabilities**</u> <u>**as may appear, thereby instantly satisfying all such obligations dollar for**</u> <u>**dollar without exception**</u> through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity." A copy of 'MASTER DISCHARGE AND INDEMNITY BOND' NUMBER  RF372320890US is attached hereto as **Exhibit L** and incorporated herein by reference, **and** will serve as a CAUTION and/or BOND for immediate adjustment and setoff of any costs associated with the case.

24. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants individually and collectively, **fully** **agree** that, <u>**House Joint Resolution 192 of June 5 1933, Public Law 73-10**</u> expressly stipulates, **every provision** contained in or made with respect to<u>**any**</u> obligation which purports to give the obligee a right to require payment in gold **or a particular kind of coin or currency**, or in an amount in money of the United States measured thereby, **is declared to be against public policy**; and **no such** **provision shall be contained in or made with respect to any obligation** **hereafter incurred. Every obligation,** heretofore of hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, **shall be** <u>**discharged**</u> upon payment, dollar for dollar, in **<u>any</u> coin** or **currency** which at the time of payment is legal tender for public and private debts. A

1   Library of Congress Certified Copy of *The Public Statutes at Large of the United*
2   *States of America* from March 1933 to June 1934: House Joint Resolution 192 of
3   June 5, 1933, Public Law 73-10, attached hereto as **Exhibit M** and incorporated
4   herein by reference.

5   25. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u>
6   affidavits (Exhibits E, F, and H), Defendants individually and collectively, **fully**
7   **agree** that **Gold Reserve Act of 1934, Public Law 73-87, Title III, Section 3,**
8   stipulates: "(a) every provision contained in or made with respect to any
9   obligation which purports to give the obligee a right to **require payment in** gold
10  or **a particular kind of coin or currency** of the United States, or in an amount in
11  money of the United States measured thereby, **is declared to be against public**
12  **policy.** (b) E**very obligation,** heretofore or hereafter incurred, **shall be**
13  **discharged upon payment,** dollar for **dollar, in any coin or currency** which at
14  the time of payment is legal tender for p**ublic and private** debts.

15  26. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u>
16  affidavits (Exhibits E, F, and H), Defendants individually and collectively, **fully**
17  **agree** 1that **Under Title 12** *U.S.C.* **1813(L)(1)** when the purported borrower gives,
18  deposits, or surrenders or the subsequent **supposed** loan owner obtains the
19  PROMISSORY NOTE, it becomes a CASH ITEM and Defendant(s), and/or their
20  Corporation, parent Corporation and other subsidiaries are required to give the
21  **purported** borrower a **CASH RECEIPT**. The deposit of Plaintifft's promissory
22  note was made to a demand deposit account Defendant(s), and/or their
23  Corporation, parent Corporation and other subsidiaries are required to show it
24  on THEIR books, but **instead YOU/THEY do an** offset entry and **intentionally fail**
25  to give the **purported borrower and/or Affiant a** CASH RECEIPT.

26  27. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u>
27  affidavits (Exhibits E, F, and H), Defendants individually and collectively, **fully**
28  **agree** that **Article 1, Section 10 of the Constitution** expressly stipulates: No

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility

28. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants individually and collectively, **fully agree** that Plaintiff(s) is/are the Creditor(s) and the source of all equity used for the acquisition of the Property, and the holder in due course of all assets, as evidenced by UCC1 filing **#2024400157-3**, and UCC3 filings **#2024405802-2** and **#2024403283-5** (Exhibits A, B, and C).

29. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), the form 1099-A, 1099-C, and 1099-OID have been filed and Accepted by the Internal Revenue Service, correctly and appropriately listing Plaintiff(s) as "LENDER" and "PAYER," and Defendant(s) as BORROWER and "RECIPIENT," indicating discharge, settlement and satisfaction of any **purported** obligation.  Each form is attached hereto as **Exhibits N, O, and P** respectively, and incorporated herein by reference."

30. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendant(s) has/have been **paid in full** for **any purported** "contract" and/or obligation.

31. As considered, agreed, and stipulated by Defendant(s) in the unrebutted affidavits (Exhibits E, F, and H), the unrebutted affidavits themselves serve as *prima facie* evidence of fraud, embezzlement, fraud, larceny, intensity theft, conspiracy, deprivation of rights under the color of law, extortion. coercion, injury and damage to Affiant and proof of claim.  See *United States v. Kis,* 658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other evidence."

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

32. As considered, agreed, and stipulated by Defendant(s) in the <u>unrebutted</u> affidavits (Exhibits E, F, and H), Defendants have individually and collectively <u>**admitted the statements and claims**</u> by **TACIT PROCURATION**, all issues are deemed **settled <u>RES JUDICATA</u>**, <u>**STARE DECISIS**</u> and by <u>**COLLATERAL ESTOPPEL.**</u>

## <u>LEGAL STANDARDS, MAXIMS, AND PRECEDENT</u>

24. <u>**AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**</u> (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

25. <u>**AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN COMMERCE.**</u> (Heb. 6:16-17;). "There is nothing left to resolve."

26. <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u> (Lev. 5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12).

27. <u>**IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE EXPRESSED.**</u> (Heb. 4:16; Phil. 4:6; Eph. 6:19-21). -- **Legal maxim:** "To lie is to go against the mind." Oriental proverb: "Of all that is good, sublimity is supreme."

28. <u>**HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.**</u> (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he can occasions it.

29. <u>**IN COMMERCE TRUTH IS SOVEREIGN.**</u> (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

30. <u>**WORKMAN IS WORTHY OF HIS HIRE**</u>. The first of these is expressed in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is against equity for freemen not to have the free disposal of their own property.

31. <u>**ALL ARE EQUAL UNDER THE LAW.**</u> (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19,21; Mat. 22:36-40; Luke 10:17; Col. 3:25.  "No one is above the law".

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

32. "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings** <u>may</u> be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

33. See, *Sieb's Hatcheries, Inc. v. Lindley*, 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in which to answer the request for admission of facts and filed only an unsworn response within the time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in question were **deemed admitted as true. Failure to answer is well established in the court**. *Beasley v. U. S.*, 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests **will be considered as having been admitted**." Also as previously referenced, "Statements of **fact** contained in affidavits which are **not** rebutted by the opposing party's **affidavit or pleadings may**[must] be accepted as **true** by the trial court." --Winsett v. Donaldson, 244 N.W.2d 355 (Mich. 1976).

34. "The state **cannot** diminish **Rights** of the **people.**" —Hurtado vs. California, 110 US 516.

35. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional **rights**." —AFLCIO v. Woodward, 406 F2d 137 t.

36. "Immunity **fosters neglect and breeds irresponsibility** while liability promotes care and caution, which caution and care is owed by the government to its people." (Civil Rights) **Rabon vs Rowen Memorial Hospital, Inc.** 269 N.S. 1, 13, 152 SE 1 d 485, 493.

37. "When enforcing mere statutes, judges of all courts do not act judicially (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - "but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..." Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

38. "Judges not only can be sued over their official acts, but could be held **liable for injunctive and declaratory relief and attorney's fees**." **Lezama v. Justice Court**, A025829.

39. "Ignorance of the law does **not** excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.

40. "**All are presumed to know the law**." San Francisco Gas Co. v. Brickwedel (1882), 62 C. 641; Dore v. Southern Pacific Co. (1912), 163 C. 182, 124 P. 817; People v. Flanagan (1924), 65 C.A. 268, 223 P. 1014; Lincoln v. Superior Court (1928), 95 C.A. 35, 271 P. 1107; San Francisco Realty Co. v. Linnard (1929), 98 C.A. 33, 276 P. 368.

41. "It is one of the fundamental maxims of the common law that **ignorance of the law excuses no one**." Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

42. "the people, not the States, are sovereign." — Chisholm v. Georgia, 2 Dall. 419, 2 U.S. 419, 1 L.Ed. 440 (1793).

43. **Florida Rule of Civil Procedure 1.510(a):** Summary judgment is appropriate where there is no genuine issue as to any material fact and the moving party is entitled to judgment as **a matter of law**. The unrebutted affidavits submitted by Plaintiff(s) establish that there are no genuine issues of material fact in dispute, and Plaintiffs are entitled to judgment based on the evidence presented and as **a matter of law**.

44. **California Code of Civil Procedure § 437c(c):** Summary judgment is appropriate when there is no triable issue of material fact and the moving party is entitled to judgment as a matter of law. The <u>unrebutted</u> affidavits submitted by Plaintiff(s) demonstrate that no triable issues of material fact remain in dispute, and Plaintiffs are entitled to judgment based on the evidence presented and as **a matter of law**.

45. Res Judicata, Stare Decisis, and Collateral Estoppel: The principles of **res judicata, stare decisis**, and **collateral estoppel** apply to the **unrebutted**

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1    **affidavits**, establishing that all issues are deemed settled and cannot be

2    contested further. These principles reinforce the finality of the administrative

3    findings and support the granting of summary judgment.

4    ### FIRST CAUSE OF ACTION

5    ### (For Fraud against all Defendants)

6    46. Plaintiffs re-allege and incorporate paragraphs 1 through 45 as if set forth

7    herein.

8    47. Defendants have **willfully and intentionally** engaged in fraudulent

9    conduct by knowingly misrepresenting material facts related to the title and

10   authority to conduct a trustee's sale. This misconduct includes the creation of

11   false claims of debt, the placement of fraudulent documents in the mail or other

12   authorized depositories, and the initiation of legal proceedings devoid of lawful

13   or legal basis.

14   48. **18 U.S. Code § 1341 - Frauds and swindles**, expressly stipulates: "**whoever,**

15   **having devised or intending to devise** <u>**any**</u> scheme or artifice to **defraud, or for**

16   **obtaining money** or <u>**property**</u> by means of **false** or **fraudulent pretenses**,

17   **representations, or promises**, or to sell, dispose of, loan, exchange, alter, give

18   away, distribute, supply, or furnish or procure for unlawful use any counterfeit

19   or spurious coin, obligation, **security,** **or other article**, or anything represented to

20   be or intimated or held out to be such counterfeit or spurious article, for the

21   purpose of executing such scheme or artifice or attempting so to do, **places in**

22   **any post office** or authorized depository for mail matter, any matter or thing

23   whatever to be sent or delivered by the Postal Service, or deposits or causes to

24   be deposited any matter or thing whatever to be sent or delivered by any private

25   or commercial interstate carrier, or takes or receives therefrom, any such matter

26   or thing, or knowingly causes to be delivered by mail or such carrier according

27   to the direction thereon, or at the place at which it is directed to be delivered by

28   the person to whom it is addressed, **any such matter or thing**, <u>shall be</u> fined

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1    **under** this title or **imprisoned** not more than **20 years, or both**. If the violation

2    occurs in relation to, or involving any benefit authorized, transported,

3    transmitted, transferred, disbursed, or paid in connection with, a presidentially

4    declared major disaster or emergency (as those terms are defined in section 102

5    of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C.

6    5122)), or affects a financial institution, such person shall be fined not more than

7    $1,000,000 or imprisoned not more than 30 years, or both."

8    //

9                        ***SECOND (2nd) CAUSE OF ACTION***

10                 **(For Breach of Contract against all Defendants)**

11       49. Plaintiffs re-allege and incorporate paragraphs 1 through 48 as if set forth

12    herein.

13       50. Defendant(s) received, considered, and accepted the offer and final

14    expression of the contract in accordance with Law and the Uniform Commercial

15    Code. Defendants **considered and agreed** to the terms set forth in the

16    **<u>unrebutted affidavits</u>** (Exhibits E, F, and H), all of which were duly received by

17    Defendant(s), by way of Certified or Registered Mail. See Exhibits C through H.

18       51. Subsequently, Defendant(s), through a variety of improper and bad faith

19    actions, breached the contract by failing to settle and close the account, refusing

20    to reconvey the title free of any encumbrances, unlawfully and **illegally**

21    **repossessing the Property, by trespassing onto private property, in a gated**

22    **community**, disturbing the peace, and and refusing to settle the balance and

23    debt owed to Plaintiff(s). Further, Defendant(s) failed to cease any illegal,

24    unlawful, and unconstitutional attempts to collect on their undisputedly

25    **fraudulent** debt, and engaged in conduct including, but not limited to, threats,

26    violations of Plaintiff's rights, coercion, **extortion**, bank **fraud**, monopolization

27    of trade and commerce, creation of trusts in restraint of trade, deprivation of

28    rights, conspiracy under the color of law, breach of the implied covenant of good

1  faith and fair dealing, identity theft, and adopting unreasonable positions that

2  **forced** Plaintiff(s) into litigation.

3              *THIRD (3rd) CAUSE OF ACTION*

4           **(For Embezzlement against all Defendants)**

5      52. Plaintiffs re-allege and incorporate paragraphs 1 through 51 as if set forth

6  herein.

7      53. Defendants, through deceptive actions, embezzled funds and/or assets

8  by engaging in illegal, unlawful, and unconstitutional foreclosure, repossession,

9  and/or seizure actions and transferring or attempting to transfer ownership of

10  Plaintiff's property without standing or authorization, resulting in a fraudulent

11  claim to the property.

12      54. **18 U.S. Code § 656 - Theft, embezzlement, or misapplication by bank**

13  **officer or employee**, expressly stipulates: "**Whoever**, being an officer, director,

14  agent or employee of, or connected in any capacity with any Federal Reserve

15  bank, member bank, depository institution holding company, national bank,

16  insured bank, branch or agency of a foreign bank, or organization operating

17  under section 25 or section 25(a)[1] of the Federal Reserve Act, or a receiver of a

18  national bank, insured bank, branch, agency, or organization or any agent or

19  employee of the receiver, or a Federal Reserve Agent, or an agent or employee of

20  a Federal Reserve Agent or of the Board of Governors of the Federal Reserve

21  System, **embezzles**, abstracts, purloins or **willfully misapplies any of the**

22  **moneys, funds or credits of such bank**, branch, agency, or organization or

23  **holding company or any moneys, funds, assets or securities intrusted** to the

24  custody or care of such bank, branch, agency, or organization, or holding

25  company or to the custody or care of any such agent, officer, director, employee

26  or receiver, **shall be** fined not more than $1,000,000 or imprisoned not more

27  than 30 years, or both……As used in this section, the term "national bank" is

28  synonymous with "national banking association"; "member bank" means and

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1   includes any national bank, state bank, or bank and trust company which has

2   become a member of one of the Federal Reserve banks; "insured bank" includes

3   any bank, banking association, trust company, savings bank, or other banking

4   institution, the deposits of which are insured by the Federal Deposit Insurance

5   Corporation; and the term "branch or agency of a foreign bank" means a branch

6   or agency described in section 20(9) of this title. For purposes of this section, the

7   term "depository institution holding company" has the meaning given such

8   term in section 3 of the Federal Deposit Insurance Act."

9   ### FOURTH (4th) CAUSE OF ACTION

10  ### (For Identity Theft against all Defendants)

11  55. Plaintiffs re-allege and incorporate paragraphs 1 through 54 as if set forth

12  herein.

13  56. Defendants unlawfully used Plaintiff's identity, including estate and trust

14  information, to create false financial instruments, fraudulent debts, and to file

15  false titles and conveyances of real property, all without consent or legal

16  authority, in furtherance of their fraudulent actions

17  57. Defendants also **forged Plaintiff's signature** and obtained it under false

18  pretenses, using these falsified documents to advance their unlawful claims and

19  continue the fraudulent foreclosure process.

20  58. **18 U.S. Code § 1025**, expressly stipulates: "**Whoever**, upon any waters or

21  vessel **within the special maritime and territorial jurisdiction of the United**

22  **States**, by **any fraud, or false pretense**, obtains from any person anything of

23  value, or procures the execution and delivery of **any instrument** of writing **or**

24  **conveyance of real or personal property,** or the signature of any person, as

25  maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory

26  note, draft, or check, or any other evidence of indebtedness, or fraudulently

27  sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or

28  check, or other evidence of indebtedness, for value, knowing the same to be

1   worthless, **or knowing the signature of the maker, endorser, or guarantor**

2   **thereof to have been obtained by any false pretenses,** <u>shall be</u> fined under this

3   title or imprisoned not more than <u>five years, or both."</u>

4      59. **18 U.S. Code § 1028A - Aggravated identity theft**, expressly stipulates:

5   "In general. — **Whoever**, during and in relation to any felony violation

6   enumerated in subsection (c), knowingly transfers, possesses, or uses, without

7   lawful authority, a means of identification of another person **shall**, in **addition to**

8   **the punishment provided for such felony, be sentenced to a term of**

9   **imprisonment of 2 years.** (2) Terrorism offense. — Whoever, during and in

10   relation to any felony violation enumerated in section 2332b(g)(5)(B), knowingly

11   transfers, possesses, or uses, without lawful authority, a means of identification

12   of another person or a false identification document **shall,** in addition to the

13   punishment provided for such felony, be sentenced to a term of imprisonment of

14   5 years."

15   //

16

                 *FIFTH (5th) CAUSE OF ACTION*

17      **(For Monopolization of Trade and Commerce against all Defendants)**

18      60. Plaintiffs re-allege and incorporate paragraphs 1 through 59 as if set forth

19   herein.

20      61. Defendant(s), in violation of 15 U.S.C. § 2, **intentionally and willfully**

21   engaged in monopolization of trade and commerce by manipulating financial

22   systems and processes to further their fraudulent objectives. Specifically,

23   Defendant(s) engaged in bank fraud by **fabricating false debts**, creating

24   fraudulent security interests, and utilizing financial institutions to process illegal

25   foreclosure actions and fraudulent claims against the subject property. These

26   actions were part of a larger scheme to monopolize trade and commerce through

27   unfair practices, restraining competition and depriving Plaintiff of rightful

28   property and legal protections under the law.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

62. Plaintiffs made a tender of payment through various monetary instruments/debt instruments, including a Bill of Exchange, Forms 1099-A, 1099-OID, Banker's Acceptance, and other Negotiable Instruments as defined by U.C.C. § 3-104. Despite these good faith efforts to settle and resolve the matter and properly assess taxes, Defendants **willfully and intentionally violated** Plaintiff's rights and disregarded the law and public policy, including but not limited to House Joint Resolution 192 of June 5, 1933 (Public Law 73-10), UCC §§ 3-603, 3-311, and 3-104, House Joint Resolution 348 (Public Resolution No. 63), Gold Reserve Act of 1934 (Public Law 73-87, Title III, Section 3), Bill of Exchange Act of 1882, 18 U.S.C § 8, 12 U.S.C § 411, 12 U.S.C. § 1813(l), 31 U.S. Code § 5103.

63. **15 U.S.C. § 2**, expressly stipules: "**Every person** who shall monopolize, **or attempt to** monopolize, **or combine or conspire with any other person or persons**, to monopolize **any** part of the trade or commerce among the several States, or with foreign nations, **shall be** deemed **guilty of a felony**, and, on conviction thereof, **shall be** punished by fine not exceeding **$100,000,000** if a corporation, or, if any other person, **$1,000,000**, or by imprisonment not exceeding **10 years, or by both** said punishments, **in the discretion of the court."**

### SIXTH (6th) CAUSE OF ACTION
### (For Deprivation of Rights against all Defendants)

64. Plaintiffs re-allege and incorporate paragraphs 1 through 63 as if set forth herein.

65. Defendant(s) willfully deprived Plaintiff of rights secured by the Constitution and laws of the United States, specifically in violation of **42 U.S.C. § 1983** and **18 U.S.C. § 241**.

66. Defendant(s), acting under color of law, engaged in extortion by threatening the sale of Plaintiff's property through fraudulent foreclosure proceedings. They coerced Plaintiff into complying with baseless and unlawful

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

financial demands under the imminent threat of losing their property. These actions constitute a violation of Plaintiff's due process rights under the **Fifth and Fourteenth Amendments** of the U.S. Constitution. Furthermore, by conspiring to deprive Plaintiff of their constitutional rights, Defendant(s) have violated **18 U.S.C. § 241**, which criminalizes conspiracies to deprive individuals of their rights, thus committing a federal offense and further reinforcing the unlawfulness of their actions.

67. **18 U.S.C. § 241,** expressly stipulates: "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured— They **shall be** fined under this title **or imprisoned** not more than **ten years, or both.**"

### *SEVENTH CAUSE OF ACTION*

### (For Receiving Extortion Proceeds against all Defendants)

68. Plaintiffs re-allege and incorporate paragraphs 1 through 67 as if set forth herein.

69. Defendant(s) employed coercive tactics, including the unlawful initiation of foreclosure, threats, and false claims of authority, to compel Plaintiff to act against their interests and submit to fraudulent claims. These actions constitute a violation of **18 U.S.C. § 880**, which criminalizes the receipt of extortion proceeds. By engaging in these unlawful activities, Defendant(s) have unlawfully received and benefited from extortion proceeds obtained through fraudulent means, thereby reinforcing the wrongful nature of their actions and the resulting harm inflicted upon Plaintiff.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

70. **18 U.S.C. § 880,** expressly stipulates: "**a person** who <u>receives</u>, **possesses, conceals, or disposes of** <u>any</u> money or <u>other property</u> which was obtained from the commission of any offense under this chapter that is punishable by imprisonment for more than 1 year, knowing the same to have been unlawfully obtained, shall be imprisoned not more than 3 years, fined under this title, or both."

### EIGHTH (8th) CAUSE OF ACTION
### (For False Pretenses all Defendants)

71. Plaintiffs re-allege and incorporate paragraphs 1 through 70 as if set forth herein.

72. Defendants **willfully and intentionally** engaged in fraudulent actions by knowingly misrepresenting material facts and created "**fraud in the factum,**" concerning the interest, ownership, title, and authority to file a 'notice of default and intent to sell,' and/or conduct a trustee's sale, **undisputedly** operating under blatantly false pretenses.

73. Defendants **willfully and intentionally** created false claims of debt, placed fraudulent documents in the post office or authorized depository for mail, and initiated illegal proceedings that lack any lawful or legal basis.

74. **18 U.S. Code § 1025 False pretenses on high seas and other waters**, expressly stipulates: "**Whoever**, upon any waters or vessel **within the special maritime and territorial jurisdiction of the United States**, by **any fraud, or false pretense**, obtains from any person anything of value, or procures the execution and delivery of **any instrument** of writing **or conveyance of real or personal property,** or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, **or knowing the**

1  signature of the maker, endorser, or guarantor thereof to have been obtained

2  by any false pretenses, shall be fined under this title or imprisoned not more

3  than five years, or both."

4    75. **18 U.S. Code § 1341 - Frauds and swindles**, expressly stipulates:

5  "whoever, having devised or intending to devise any scheme or artifice to

6  defraud, or for obtaining money or property by means of false or fraudulent

7  pretenses, representations, or promises, or to sell, dispose of, loan, exchange,

8  alter, give away, distribute, supply, or furnish or procure for unlawful use any

9  counterfeit or spurious coin, obligation, security, or other article, or anything

10 represented to be or intimated or held out to be such counterfeit or spurious

11 article, for the purpose of executing such scheme or artifice or attempting so to

12 do, places in any post office or authorized depository for mail matter, any

13 matter or thing whatever to be sent or delivered by the Postal Service, or

14 deposits or causes to be deposited any matter or thing whatever to be sent or

15 delivered by any private or commercial interstate carrier, or takes or receives

16 therefrom, any such matter or thing, or knowingly causes to be delivered by

17 mail or such carrier according to the direction thereon, or at the place at which it

18 is directed to be delivered by the person to whom it is addressed, any such

19 matter or thing, shall be fined under this title or imprisoned not more than 20

20 years, or both. If the violation occurs in relation to, or involving any benefit

21 authorized, transported, transmitted, transferred, disbursed, or paid in

22 connection with, a presidentially declared major disaster or emergency (as those

23 terms are defined in section 102 of the Robert T. Stafford Disaster Relief and

24 Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution,

25 such person shall be fined not more than $1,000,000 or imprisoned not more

26 than 30 years, or both."

27 //

28 //

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

### NINETH (9th) CAUSE OF ACTION
### (For Extortion against all Defendants)

76. Plaintiffs re-allege and incorporate paragraphs 1 through 75 as if set forth herein.

77. **18 U.S. Code § 878** - Threats and extortion against foreign officials, official guests, or internationally protected persons, expressly stipulates: "**(a) Whoever knowingly and willfully threatens to violate section 112, 1116, or 1201 shall be fined under this title or imprisoned not more than five years, or both**, except that imprisonment for a threatened assault shall not exceed three years. **(b)**Whoever in connection with any violation of subsection (a) or actual violation of section 112, 1116, or 1201 makes any extortionate demand **shall be fined under this title or imprisoned not more than twenty years, or both.** (c) For the purpose of this section **"foreign official", "internationally protected person", "national of the United States", and "official guest" shall have the same meanings** as those provided in section 1116(a) of this title. **(d)** If the victim of an offense under subsection (a) is an internationally protected person outside the United States, the United States **may** exercise jurisdiction over the offense if (1) the victim is a representative, officer, employee, or agent of the United States, (2) an offender is a national of the United States, or (3) an offender is afterwards found in the United States. As used in this subsection, the United States includes all areas under the jurisdiction of the United States including any of the places within the provisions of sections 5 and 7 of this title and section 46501(2) of title."

//

### TENTH (10th) CAUSE OF ACTION
### (For Racketeering against all Defendants)

78. Plaintiff re-alleges and incorporate paragraphs 1 through 77 as if set forth herein.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

79. Defendants **willfully and intentionally** engaged in **fraudulent actions by knowingly misrepresenting material facts** and creating 'fraud in the factum' concerning interest, ownership, title, and authority to file a 'notice of default and intent to sell' and/or conduct a trustee's sale, operating under blatantly false pretenses. This conduct constitutes racketeering under **18 U.S.C. § 1961 et seq.,** as Defendants engaged in a pattern of fraudulent and illegal activities aimed at unlawfully depriving Plaintiff of their property rights.

80. Defendants **willfully and intentionally** created false claims of debt, placed fraudulent documents in the post office or authorized depository for mail, and initiated illegal proceedings that lack any lawful or legal basis. Their actions reflect an ongoing scheme to defraud and extort through racketeering activities, further underscoring the **criminal nature** of their conduct.

81. **18 U.S. Code § 1961 - Definitions**, express stipulates: "**(1)** 'racketeering activity' means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, **extortion**, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by **imprisonment for more than one year;** (B) **any act** which is indictable under any of the following provisions of title 18, United States Code: … **Sections 891– 894 (relating to extortionate credit transactions),** section 932 (relating to straw purchasing), section 933 (relating to trafficking in firearms), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), **section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud),** section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1   to the reproduction of naturalization or citizenship papers), section 1427

2   (relating to the sale of naturalization or citizenship papers), sections 1461–1465

3   (relating to obscene matter), **section 1503 (relating to obstruction of justice)**,…

4   **section 1951 (relating to interference with commerce, robbery, or extortion)**,

5   **section 1952 (relating to racketeering)**, section 1953 (relating to interstate

6   transportation of wagering paraphernalia), section 1954 (relating to unlawful

7   welfare fund payments), section 1955 (relating to the prohibition of illegal

8   gambling businesses), **section 1956 (relating to the laundering of monetary**

9   **instruments)**, **section 1957 (relating to engaging in monetary transactions in**

10   **property derived from specified unlawful activity)**, … **sections 2314 and 2315**

11   **(relating to interstate transportation of stolen property)**, section 2318 (relating

12   to trafficking in counterfeit labels for phonorecords, computer programs or

13   computer program documentation or packaging and copies of motion pictures

14   or other audiovisual works), **section 2319 (relating to criminal infringement of**

15   **a copyright)**, section 2319A (relating to unauthorized fixation of and trafficking

16   in sound recordings and music videos of live musical performances), **section**

17   **2320 (relating to trafficking in goods or services bearing counterfeit marks)**."

### *ELEVENTH (11th) CAUSE OF ACTION*

### *(For Bank Fraud against all Defendants)*

20   82. Plaintiffs re-allege and incorporate paragraphs 1 through 81 as if set forth

21   herein.

22   83. Defendants willfully and intentionally violated **18 U.S. Code § 1344 –**

23   **Bank Fraud**, which expressly stipulates: "**Whoever** knowingly executes, or

24   **attempts to execute**, a scheme or artifice—(1) to defraud a financial institution;

25   or (2) to obtain any of the **moneys, funds, credits, assets, securities, or other**

26   **property** owned by, or under the custody or control of a <u>financial institution</u>, by

27   means of false or fraudulent pretenses, representations, or promises; shall be

28   fined not more than $1,000,000 or imprisoned not more than **30 years, or both**."

Defendants engaged in a scheme to defraud the financial institution by placing fraudulent claims on the property, misrepresenting ownership, and creating false debt instruments, all while under false pretenses. Their actions were designed to obtain funds, securities, and assets unlawfully, further violating Plaintiff's rights and causing financial harm."

84. Defendants have been made aware of all of the supporting Laws, statutes, legals maxims, precedent, and principles, even the principle and maxim that ignorance of the law is not excuse, however, Defendants persist with their blatant bank fraud.

### TWELFTH (12th) CAUSE OF ACTION

**(For Transportation of stolen goods, securities, moneys against all Defendants)**

85. Plaintiffs re-allege and incorporate paragraphs 1 through 84 as if set forth herein.

86. Defendants willfully and knowingly violated <u>**18 U.S. Code § 2314 - Transportation of Stolen Goods, Securities, Moneys**</u> by engaging in the unlawful transportation, transmission, and transfer of stolen, converted, and fraudulently obtained goods, **securities, and moneys** across state lines.

87. Defendants wrongfully acquired Plaintiff's property and financial interests, including but not limited to real property, negotiable instruments, and other assets, all of **which exceed $5,000 in value.**

88. Defendants participated in fraudulent transfers of assets and securities, such as forged deeds and fabricated financial documents, knowing these to have been wrongfully acquired. These actions were conducted with the specific intent to defraud Plaintiff(s), and these stolen securities and goods were transported across state lines to further Defendants' unlawful enterprise.

89. Defendants, despite **knowing that the property was wrongfully obtained, conspired** to transport and transfer these goods in direct violation of **18 U.S. Code § 2314**, which expressly states: "**Whoever transports**, transmits, or

transfers in interstate or foreign commerce **any** goods, wares, merchandise,

**securities, or money,** of the value of $5,000 or more, knowing the same to have

been stolen, converted, or taken by fraud... **shall be** fined under this title or

imprisoned not more than **ten years, or both**."

90. In particular, the fraudulent and unlawful transfer of property, including

but not limited to financial securities, was executed as part of Defendants'

scheme to deprive Plaintiff(s) of their rightful assets, without any legal authority

or justification.

91. Defendants' actions caused irreparable harm and financial loss to

Plaintiff(s), who have been deprived of their property and forced into legal

proceedings to recover said assets and protect their rights.

### THIRTEENTH (13th) CAUSE OF ACTION

### (For Slander of Title against all Defendants)

92. Plaintiffs re-allege and incorporate paragraphs 1 through 91 as if set forth

herein.

93. Plaintiffs claim slander of title due to Defendants' false, malicious, and

improper statements or filings that have clouded the title to the property. These

actions have caused injury to Plaintiffs, damaged their rights to the property,

and diminished its value, as stipulated in the considered and accepted

unrebutted affidavits and Contract Security Agreement (Exhibit E, F, and H),

which clearly stipulates the facts:  that Defendants have no valid standing or

claim and that the sum of $2,975,000,000.00 is due immediately to Plaintiffs.

### FOURTEENTH (14th) CAUSE OF ACTION

### (Replevin Action— Against all Defendants)

94. Plaintiffs re-allege and incorporate paragraphs 1 through 92 as if set forth

herein.

95. Plaintiffs seek a judgment for the immediate return of their **private**

automobile/transport and all private Property currently held by Defendants,

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

which was stolen from Plaintiffs, and which is incurring a daily usage charge of $1,000.00 per day, as per the stipulation from Defendants, and also by their implied actions of containing to maintain possession of the private Property.

96. Plaintiffs alternatively seek compensation for the full value of the Property if it is not returned in the exact working order and condition.

97. Plaintiffs demand the immediate return of all property, tangible and intangible, free and clear of any adverse claims by Defendants, as they have no lawful or legal right to retain possession. If the property cannot be returned, Plaintiffs seek compensation for its full market value at the time of the wrongful possession

98. Defendants' failure to respond to Plaintiffs' demands and **unrebutted affidavits** constitutes wrongful possession of the Property under any Law, consistent with legal maxims and established precedent

99. Plaintiffs request the court issue an ORDER for the immediate return of the Property or, alternatively, for the monetary value of the Property to be awarded to Plaintiffs in accordance with the principles of Law and Chapter 78, Florida Statutes, along with any other relief the court deems just and proper.

### FIFTEENTH (15th) CAUSE OF ACTION

### (Declaratory Judgement and Relief — Against all Defendants)

100. Plaintiffs re-allege and incorporate paragraphs 1 through 98 as if set forth herein..

101. **Breach of Contract**: Plaintiffs seek a declaratory judgment to affirm the terms and conditions laid out in the Contract Security Agreement (Exhibit E), including the **affirming** of Defendants' liability. The failure of Defendants to rebut any of Plaintiffs' **verified commercial affidavits** demonstrates and expresses tacit agreement to all claims, judgments, statements, and terms.

102. **Deprivation of Rights**: Plaintiffs request a declaratory judgment to affirm their constitutional and statutory rights, particularly in the context of

unlawful actions taken by Defendants. This judgment would clarify the extent of the Plaintiffs' rights and the Defendants' violations, including any impact on the **public's interest** and **rights**. This declaratory relief is necessary to ensure that the public record accurately reflects Plaintiffs' rights and the unlawful actions of Defendants.

103. **Monopolization of Trade and Commerce**: Plaintiffs seek a declaratory judgment to establish whether Defendants' actions constitute unlawful monopolistic practices and to clarify the impact of these practices on Plaintiffs' business interests and the public interest. This judgment will address the broader implications of Defendants' monopolistic behavior on the market and public access to fair trade practices.

104. **Bank Fraud**: Plaintiffs request a declaratory judgment to confirm that Defendants' actions constitute bank fraud under 18 U.S. Code § 1344, affirming the fraudulent nature of the claims and transactions related to the financial institution.

105. **Slander of Title**: Plaintiffs seek a declaratory judgment to affirm the validity of their title to the property and to address any defamatory statements or claims made by Defendants that have clouded the title.

106. **Replevin or Compensation:** Plaintiffs request a declaratory judgment establishing their right to immediate possession of the property or, alternatively, compensation equivalent to the value of the property. Plaintiffs assert that they are the sole and exclusive owners, free and clear of any claims or interests asserted by Defendants. This includes confirming that the title is valid, uncontested, and that any wrongful retention by Defendants is subject to remedy under Florida law.

107. **Declaratory Judgment & Relief**: Plaintiffs seek a declaratory judgment that Defendants, by failing to rebut the Plaintiffs' commercial affidavits, have consdered and agreed to the terms and conditions laid out in the Contract

1  Security Agreement, including liability in the amount of **Two Billion Nine**

2  **Hundred Seventy-Five Million and 00/100 U.S. Dollars ($2,975,000,000.00**

3  **USD)**. Supporting evidence includes **Exhibits E through J,** demonstrating

4  Defendants' indisputable tacit agreement, silence acquiescence, and non-

5  response, thus tacit procuration. Defendants have individually and collectively

6  <u>admitted the statements and claims</u> by **TACIT PROCURATION**, all issues are

7  deemed **settled <u>RES JUDICATA</u>**, **<u>STARE DECISIS</u>** and by **<u>COLLATERAL</u>**

8  **<u>ESTOPPEL.</u>**

9  // 

10                     *SIXTEENTH (16th) CAUSE OF ACTION*

11                  **(Summary Judgement — Against all Defendants)**

12      108. Plaintiffs re-allege and incorporate paragraphs 1 through 106 as if set

13  forth herein.

14      109. Plaintiffs seek a summary judgment in their favor based on the **Contract**

15  **and Security Agreement**. The **Contract and Security Agreement** (Exhibit E)

16  stipulated and agreed that Defendants considered and accepted a judgment,

17  and/or summary judgment, and/or lien authorization (in accordance with UCC

18  § 9-509) against Defendants in the sum amount of **Two Billion Nine Hundred**

19  **Seventy-Five Million and 00/100 U.S. Dollars ($2,975,000,000.00 USD), in favor**

20  **of Plaintiffs.**

21      110. Defendants agreed to the terms stipulated in the <u>**verified**</u> unrebutted

22  **commercial affidavits** and the **self-executing Contract and Security**

23  **Agreement**, all of which were confirmed, signed for via USPS form 3811, and

24  delivered via USPS Registered, Express, and/or Certified Mail. As evidenced by

25  Exhibits E through J.

26      111.Defendants have failed to rebut the content of these affidavits, which

27  conclusively establish the validity of Plaintiffs' claims. "Statements of **fact**

28  contained in affidavits which are **not** rebutted by the opposing party's **affidavit**

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  or pleadings may[must] be accepted as **true** by the trial court." --Winsett v.

2  Donaldson, 244 N.W.2d 355 (Mich. 1976)

3  112. **Florida Rule of Civil Procedure 1.510(a):** Summary judgment is

4  appropriate where there is no genuine issue as to any material fact and the

5  moving party is **entitled** to judgment as **a matter of law**. The verified

6  unrebutted affidavits submitted by Plaintiffs establish that there are **no genuine**

7  **issues of material fact in dispute**, and Plaintiffs are _entitled_ to judgment based

8  on the evidence presented and as a matter of law.

9  113. Given that the affidavits presented are **_unrebutted_** and establish the facts

10  essential to Plaintiffs' claims, summary judgment in favor of Plaintiffs _is_

11  _warranted_.

12  114. Defendants' failure to contest or rebut these affidavits supports the

13  conclusion that there are no genuine issues of material fact, and Plaintiffs are

14  **entitled** to judgment as **a matter of law**.

15  115.**Res Judicata, Stare Decisis, and Collateral Estoppel**: The principles of

16  res judicata, stare decisis, and collateral estoppel apply to the unrebutted

17  affidavits, establishing that all issues are deemed settled and cannot be contested

18  further. The defendants, both individually and collectively, have admitted the

19  statements and claims through tacit procuration; thus, all issues are deemed

20  settled under res judicata, stare decisis, and collateral estoppel. These principles

21  reinforce the finality of the administrative findings and support the granting of

22  summary judgment

23  116. Plaintiffs respectfully request the Court to GRANT summary judgment

24  in their favor based on the undisputed facts presented in the affidavits

25  submitted and incorporated into this matter.

26  ## CLAIM FOR RELIEF:

27  117. Plaintiffs incorporate by reference the allegations contained in

28  paragraphs 1 through 115 as if fully set forth herein.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

118. Plaintiffs seek a judgment for replevin or compensation for the Property in their favor, free and clear of any adverse claims by Defendant(s), and a judgment in the sum amount of Two Billion Nine Hundred Seventy-Five Million and 00/100 U.S. Dollars ($2,975,000,000.00 USD), as stipulated in the received, considered, and agreed <u>unrebutted</u> commercial affidavits and/or the Contract and Security Agreement (Exhibits E, F, and H). All issues are deemed settled under **res judicata**, **stare decisis**, and **collateral estoppel.**

//

## RELIEF REQUESTED:

**WHEREFORE,** Plaintiffs respectfully request for judgement as follows:

**On the First Cause of Action (Fraud)**

1. For compensatory damages due to Defendants' fraudulent misrepresentations and creation of false claims of debt, as evidenced by unrebutted commercial affidavits and the Contract Security Agreement (Exhibits E, F, and H)).

2. For punitive damages based on Defendants' intentional, willful, and malicious conduct.

**On the Second Cause of Action (Breach of Contract)**

3. For compensatory damages resulting from Defendants' breach of the Contract and Security Agreement (Exhibit E) by failing to perform their obligations as required under the contract, which was deemed accepted by their non-response.

**On the Third Cause of Action (Embezzlement)**

4. For the restitution of funds and assets misappropriated by Defendants, constituting embezzlement, as per the applicable laws.

5. For punitive damages due to Defendants' intentional, willful, and malicious misappropriation and negligence, of Plaintiff's property.

**On the Fourth Cause of Action (Identity Theft)**

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

6.  For compensatory damages due to Defendants' unlawful use of Plaintiffs' personal information without authorization.

7.  For punitive damages for the intentional and unauthorized use of identity.

**On the Fifth Cause of Action (Monopolization of Trade and Commerce)**

8.  For compensatory damages due to Defendants' unlawful restraint of trade and commerce, in violation of antitrust laws.

9.  For equitable relief to prevent further monopolistic practices.

**On the Sixth Cause of Action (Deprivation of Rights)**

10. For compensatory damages arising from the deprivation of Plaintiffs' constitutional rights under 42 U.S.C. § 1983 and 18 U.S.C. § 241.

11. For punitive damages based on Defendants' intentional, willful, and malicious deprivation of rights.

**On the Seventh Cause of Action (Receiving Extortion Proceeds)**

12. For compensatory damages resulting from Defendants' unlawful benefit from extortion proceeds in violation of 18 U.S.C. § 880.

13. For punitive damages based on Defendants' intentional, willful, and malicious participation in extortion.

**On the Eighth Cause of Action (False Pretenses)**

14. For compensatory damages resulting from Defendants' fraudulent representations regarding ownership and authority related to foreclosure proceedings.

15. For punitive damages for Defendants' intentional, willful, and malicious intent in creating false pretenses.

**On the Ninth Cause of Action (Extortion)**

16. For compensatory damages due to Defendants' extortion attempts, which forced Plaintiffs into compliance through unlawful demands.

17. For punitive damages for Defendants' intentional, willful, and malicious extortion under 18 U.S. Code § 878.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

**On the Tenth Cause of Action (Racketeering)**

18. For compensatory damages due to Defendants' pattern of racketeering activities in violation of 18 U.S.C. § 1961 et seq.

19. For punitive damages for Defendants' intentional, willful, and malicious engagement in fraudulent and illegal activities.

**On the Eleventh Cause of Action (Bank Fraud)**

20. For compensatory damages due to Defendants' violation of 18 U.S.C. § 1344 through fraudulent schemes to defraud financial institutions.

21. For punitive damages for Defendants' intentional, willful, and malicious intent to defraud.

**On the Twelfth Cause of Action (Transportation of Stolen Property, Money, & Securities)**

22. For compensatory damages due to Defendants' unlawful transportation and transfer of stolen property and securities, as per 18 U.S. Code § 2314.

23. For punitive damages for the intentional, willful, malicious, and fraudulent transportation of assets.

**On the Thirteenth Cause of Action (Slander of Title)**

24. For compensatory damages due to Defendants' false and malicious filings that clouded title to the Property, damaging Plaintiffs' ownership rights.

25. For a declaration that Plaintiffs' title is clear of any adverse claims and for punitive damages for Defendants' intentional, willful, and malicious slander of title.

**On the Fourteenth Cause of Action (Replevin or Compensation)**

26. For a judgment for the replevin of the Property, or compensation for its value, free and clear of any claims by Defendants, as established by unrebutted commercial affidavits.

27. For punitive damages resulting from Defendants' unlawful and false claims against Plaintiffs' property rights.

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

**On the Fifteenth Cause of Action (Declaratory Judgment & Relief)**

28. For a declaratory judgment affirming that Defendants, by failing to rebut Plaintiffs' commercial affidavits, have agreed to the terms in unrebutted affidavits and the Contract Security Agreement, including the liability of **$2,975,000,000.00 USD, due immediately to Plaintiffs.** As evidenced by exhibits A- though N.

29. For an order declaring Defendants' claims invalid, based on **res judicata**, **collateral estoppel**, and the principles of **stare decisis**.

**On the Sixteenth Cause of Action (Summary Judgment)**

30. For summary judgment in favor of Plaintiffs, establishing that the Defendants have tacitly agreed to the terms of the Contract Security Agreement through their non-response and dishonor of notices and affidavits.

31. For judgment in the sum amount of **$2,975,000,000.00 USD**, as stipulated by the Contract Security Agreement and supported by unrebutted affidavits (Exhibits E, F, and H).

**On All Causes of Action:**

32. For professional and personal costs of suit, including the stipulated attorney's fees of **$100,000,000.00 USD**, as stipulated in the Contract Security Agreement and related INVOICE/TRUE BILL #SANDIEGOCREDITDISHONOR24 (Exhibit E).

33. For any additional relief the Court deems just and proper.

**Supporting Evidence:**

111. **Exhibits A through P,** which include the unrebutted commercial affidavits and related documentation establishing Defendants' tacit agreement and the undisputed merit and validity of Plaintiffs' claims.

## **LIST OF EXHIBITS AND ENCLOSURES:**

1. (Exhibit: A) UCC1 filing **#2024400157-3.**

2. (Exhibit: B) UCC3 filing **#2024405802-2.**

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

3. (Exhibit: C) UCC3 filing **#2024403283-5.**

4. (Exhibit: D) AFFIDAVIT: POWER OF ATTORNEY IN FACT

5. (Exhibit: E) AFFIDAVIT CERTIFICATE of DISHONOR, NON-RESPONSE, DEFAULT, JUDGMENT, and LIEN AUTHORIZATION"/Contract Security Agreement # RF204463888US stipulating **$2,975,000,000.00 USD judgement and lien**.

6. (Exhibit: F) AFFIDAVIT and PLAIN STATEMENT OF FACTS (Truth in Lending), NOTICE OF DEFAULT, FRAUD, SETOFF, RECOUPMENT, MANDATORY COUNTERCLAIM, NON-RESPONSE AND DISHONOR. Certified Mail Number 9589071052701733216000.

7. (Exhibit: G) USPS form 3811 for Certified Mail Number 9589071052701733216000.

8. (Exhibit: H) AFFIDAVIT (Truth in Lending), NOTICE OF NON-RESPONSE, DEFAULT and OPPORTUNITY TO CURE. Certified Mail Number 9589071052701733216123.

9.(Exhibit: I) USPS form 3811 for Certified Mail Number 9589071052701733216123.

10. (Exhibit: J) USPS form 3811 for Registered Mail Number RF204463888US.

11. (Exhibit: K) BILL OF EXCHANGE, Certified # 9589071052701733216000.

12. (Exhibit: L) $200,000,000,000.00 MASTER DISCHARGE AND INDEMNITY BOND # RF372320890US.

13. (EXHIBIT: M) House Joint Resolution 192 of June 5, 1933, Public Law 73-10.

14. (EXHIBIT: N) FORM 1099-A.

15. (EXHIBIT: O) FORM 1099-C.

16. (EXHIBIT: P) FORM 1099-OID.

## **WORDS DEFINED GLOSSARY OF TERMS:**

As used in this Affidavit, the following words and terms are as defined in this section, non-obstante:

1. financial institution: a person, an individual, a **private banker**, a business engaged in vehicle sales, including automobile, airplane, and boat sales,

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1    persons involved in real estate closings and settlements, the United States
2    Postal Service, a commercial bank or trust company, any credit union, an
3    agency of the United States Government or of a State or local government
4    carrying out a duty or power of a business described in this paragraph, a broker
5    or dealer in securities or commodities, a currency exchange, or a business
6    engaged in the exchange of currency, funds, or value that substitutes for
7    currency or funds, financial agency, a loan or finance company, an issuer,
8    redeemer, or cashier of travelers' checks, checks, money orders, or similar
9    instruments, an operator of a credit card system, an insurance company, a
10   licensed sender of money or any other person who engages as a business in the
11   transmission of currency, funds, or value that substitutes for currency, including
12   any person who engages as a business in an informal money transfer system or
13   any network of people who engage as a business in facilitating the transfer of
14   money domestically or internationally outside of the conventional financial
15   institutions system. Ref, 31 U.S. Code § 5312 - Definitions and application.

16   2. individual: As a noun, this term denotes a single **person** as distinguished from
17   a group or class, and also, very commonly, a private or natural person as
18   distinguished from a partnership, corporation, or association; but it is said that
19   this restrictive signification is not necessarily inherent in the word, and that it
20   **may**, in proper cases, include **artificial persons**. As an adjective: Existing as an
21   indivisible entity. Of or relating to a single person or thing, as opposed to a
22   group.— See Black's Law Dictionary 4th, 7th, and 8th Edition pages 913, 777,
23   and 2263 respectively.

24   3. person: Term may include artificial beings, as corporations. The term means an
25   individual, corporation, business trust, estate, trust, partnership, limited
26   liability company, association, joint venture, government, governmental
27   subdivision, agency, or instrumentality, public corporation, or any other legal or
28   commercial entity. The term "person" shall be construed to mean and include

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1    an individual, a trust, estate, partnership, association, company or corporation.

2    **The term "person" means a natural person or an organization.** -**Artificial**

3    **persons.** Such as are created and devised by law for the purposes of society and

4    government, called "corporations" or bodies politic." -**Natural persons.** Such as

5    are formed by nature, as distinguished from artificial persons, or corporations.

6    -**Private person.** An individual who is not the incumbent of an office. Persons

7    are divided by law into natural and **artificial.** Natural persons are such as the

8    God of nature formed us; **artificial** are such as are created and devised by

9    **human laws**, for the purposes of society and government, which are called

10   "corporations" or "bodies politic." — <u>See Uniform Commercial Code (UCC) §</u>

11   <u>1-201, Black's Law Dictionary 1st, 2nd, and 4th edition pages 892, 895, and 1299,</u>

12   <u>respectively, 27 Code of Federal Regulations (CFR) § 72.11 - Meaning of terms,</u>

13   <u>and 26 United States Code (U.S. Code) § 7701 - Definitions.</u>

14   4.  bank: a person engaged in the business of banking and includes a savings

15   bank, savings and loan association, credit union, and **trust company**.  The terms

16   "banks", "national bank", "national banking association", "member bank",

17   "board", "district", and "reserve bank" shall have the meanings assigned to

18   them in section 221 of this title.  An institution, of great value in the commercial

19   world, empowered to receive deposits of money, to make loans. and to issue its

20   promissory notes, (designed to circulate as money, and commonly called "bank-

21   notes" or "bank-bills" ) or to perform any one or more of these functions. The

22   term "bank" is usually restricted in its application to an incorporated body;

23   while a **private individual** making it his business to conduct banking

24   operations is denominated a "banker." Banks in a commercial sense are of three

25   kinds, to wit; (1) Of deposit; (2) of discount; (3) of circulation.  Strictly speaking,

26   the term "bank" implies a place for the deposit of money, as that is the most

27   obvious purpose of such an institution. — <u>See, UCC 1-201, 4-105, 12 U.S. Code §</u>

28

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

221a, Black's Law Dictionary 1st, 2nd, 4th, 7th, and 8th, pages 117-118, 116-117, 183-184, 139-140, and 437-439.

5. **discharge:** To cancel or unloose the obligation of a contract; to make an agreement or contract null and inoperative. Its principal species are rescission, release, accord and satisfaction, performance, judgement, composition, bankruptcy, merger. As applied to demands claims, right of action, incumbrances, etc., to discharge the debt or claim is to extinguish it, to annul its obligatory force, to satisfy it. And here also the term is generic; thus a dent , a mortgage. As a noun, the word means the act or instrument by which the binding force of a contract is terminated, irrespective of whether the contract is carried out to the full extent contemplated (in which case the discharge is the result of performance) or is broken off before complete execution. See, Blacks Law Dictionary 1st, page

6. **pay:** To discharge a debt; to deliver to a creditor the value of a debt, either in money or in goods, for his acceptance. To pay is to deliver to a creditor the value of a debt, either in money or In goods, for his acceptance, by which the debt is discharged. See Blacks Law Dictionary 1st, 2nd, and 3rd edition, pages 880, 883, and 1339 respectively.

7. **payment:** The performance of a duty, promise, or obligation, or discharge of a debt or liability. by the delivery of money or other value. Also the money or thing so delivered. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. [Cases: Payment 1. C.J.S. Payment § 2.] 2. The money or other valuable thing so delivered in satisfaction of an obligation. See Blacks Law Dictionary 1st and 8th edition, pages 880-811 and 3576-3577, respectively.

8. **driver:** The term "driver" (i.e: "driver's license") means One **employed** in conducting a coach, carriage, wagon, or other vehicle, with horses, mules, or other animals.

9.  **may:** An auxiliary verb qualifying the meaning of another verb by expressing ability, competency, liberty, permission, probability or contingency. — Regardless of the instrument, however, whether constitution, statute, deed, contract or whatnot, **courts <u>not</u> infrequently construe "may" as "shall" or "must".** — <u>See Black's :aw Dictionary, 4th Edition page 1131.</u>

10. **extortion:** The term "**extortion**" means the obtaining of property from another, **with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under** color **of official right.** — <u>See 18 U.S. Code § 1951 - Interference with commerce by threats or violence.</u>

11. national: "foreign government", "foreign official", "internationally protected person", "international organization", "national of the United States", "official guest," and/or "non-citizen national." **They all have the same meaning.** <u>See Title 18 U.S. Code § 112   - Protection of foreign officials, official guests, and internationally protected persons.</u>

12. **United States:** For the purposes of this Affidavit, the terms "<u>U</u>nited <u>S</u>tates" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia,* Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article 1, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, <u>u</u>nited 50 <u>s</u>tates of America.*

13. **fraud:** deceitful practice or Willful device, resorted to with intent to deprive another of his right, or in some manner to do him an injury.  As distinguished from negligence, it is always positive, intentional. as applied to contracts is the cause of an error bearing on material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other. in the sense of court of equity,

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  properly includes all acts, omissions, and concealments which involved a

2  breach of legal or equitable duty, trust, or confidence justly reposed, and are

3  injurious to another, or by which an undue and unconscientious advantage is

4  taken of another. <u>See Black's Law Dictionary, 1st and 2nd Edition, pages 521-522</u>

5  <u>and 517 respectively.</u>

6  14. color: appearance, semblance. or simulacrum, as distinguished from that which

7  is real. A prima facie or apparent right. Hence, a deceptive appearance; a

8  plausible, assumed exterior, concealing a lack of reality; a a disguise or pretext.

9  <u>See, Black's Law Dictionary 1st Edition, page 222.</u>

10  15. color**able:** That which is in appearance only, and not in reality, what it purports

11  to be. <u>See, Black's Law Dictionary 1st Edition, page 2223.</u>

12  <u>**COMMERCIAL OATH AND VERIFICATION:**</u>

13  County of Miami-Dade          )

14                                )          Commercial Oath and Verification

15  The State of Florida          )

16  I, <u>STEVEN MACARTHUR-BROOKS</u>, under my unlimited liability and Commercial

17  Oath proceeding in good faith being of sound mind states that the facts contained

    herein are true, correct, complete and not misleading to the best of Affiant's

18  knowledge and belief under penalty of International Commercial Law and state

    this to be HIS Affidavit of Truth regarding same signed and sealed this <u>24TH</u> day of

19  <u>OCTOBER</u> in the year of Our Lord two thousand and twenty four:

20          proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
        **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

21

22      By: _____

23          Steven MacArthur-Brooks, *Attorney In Fact, Secured Party,*
            *Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

24          ℅ 15822 North West 87ᵗʰ Court, Miami Lakes, Florida [33018]

25          proceeding sui juris, In Propria Persona, by *Special Limited Appearance,*
        **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

26

27      By: _____

28          Kevin Walker, *Attorney In Fact, Secured Party,*
            *Executor,* national, *private bank(er)* EIN # 9x-xxxxxxx

-41- of 44-

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  Let this document stand as truth before the Almighty Supreme Creator and let it be
2  established before men according as the scriptures saith:  *"But if they will not listen,*
3  *take one or two others along, so that every matter may be established by the testimony of two*
4  *or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every*
5  *word be established" 2 Corinthians 13:1.*

6
7                                    *Sui juris,* By *Special Limited* Appearance,

8
9          By:_____Derwa Douglas_____
                                    *(WITNESS)*

10
11                                   *Sui juris,* By *Special Limited* Appearance,

12
13         By:_____B_____B_____
                          **Brittany Cabral**  (WITNESS)

14  //

15                              **NOTICE:**
16  Using a notary on this document does ***not*** constitute any adhesion, ***nor does it alter***
17  ***my status in any manner.*** The purpose for notary is verification and identification
18  only and not for entrance into any foreign jurisdiction.

19  //

20                         **ANKNOWLEDGEMENT:**
21  State of Florida                          )
22                                            ) ss.
23  County of Miami-Dade             )
24  On this <u>24th</u> day of <u>October</u>, <u>2024</u>, before me, Claudia Vega_____, a
25  Notary Public, personally appeared <u>Steven MacArthur-Brooks</u>, who proved to me
26  on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
27  subscribed to the within instrument and acknowledged to me that he/she/they
28  executed the same in his/her/their authorized capacity(ies), and that by his/her/

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1  their signature(s) on the instrument the person(s), or the entity upon behalf of

2  which the person(s) acted, executed the instrument.

3

4  I certify under PENALTY OF PERJURY under the laws of the State of Florida that

5  the foregoing paragraph is true and correct.

6

7  WITNESS my hand and official seal.

8

9  Signature _____ (Seal)

CLAUDIA VEGA
Notary Public - State of Florida
Commission # HH 184518
My Comm. Expires Oct 10, 2025

10  //

11  //

12  # PROOF OF SERVICE

13  STATE OF FLORIDA                    )

14                                       )    ss.

15  COUNTY OF MIAMI-DADE                 )

16

17      I competent, over the age of eighteen years, and not a party to the within
action.  My mailing address is the Koda's World, 5476 North West 77th Court, suite

18  # 613, Miami Lakes, California [33018].  On October 25, 2024, I served the within
documents:

19

20  1.      **VERIFIED COMPLAINT FOR FRAUD, BREACH OF CONTRACT,
REPLEVIN, SUMMARY JUDGMENT.**

21      **By United States Mail.**  I enclosed the documents in a sealed envelope or
package addressed to the persons at the addresses listed below by placing the

22  envelope for collection and mailing, following our ordinary business practices.  I
am readily familiar with this business's practice for collecting and processing

23  correspondence for mailing. On the same day that correspondence is placed for
collection and mailing, it is deposited in the ordinary course of business with the

24  United States Postal Service, in a sealed envelope with postage fully prepared. I am
a resident or employed in the county where the mailing occurred.  The envelope or

25  package was placed in the mail at Miami Lakes, Florida.

26      Shannon Peterson, Alejandro Moreno
C/o SheppardMullin

27      12275 El Camino Real, Suite 100
San Diego, California [92130-4092]

28      spetersen@sheppardmullin.com

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

1

amoreno@sheppardmullin.com
Registered Mail # RF372320648US

2

3

Teresa H. Campbell, Shirley Jackson, Sheryl Flaugher
SAN DEIGO COUNTY CREDIT UNION
6545 Sequence Drive

4

San Diego, California [92121]
sflaugher@sdccu.com

5

Registered Mail # RF372320651US

6

**By Electronic Service.** Based on a court order or an **agreement of the**

7

**parties** to accept service by electronic transmission, I caused the documents to be
sent to the persons at the electronic notification addresses listed below.

8

Shannon Peterson, Alejandro Moreno

9

C/o SheppardMullin
12275 El Camino Real, Suite 100

10

San Diego, California [92130-4092]
spetersen@sheppardmullin.com

11

amoreno@sheppardmullin.com

12

Teresa H. Campbell, Shirley Jackson, Sheryl Flaugher
SAN DEIGO COUNTY CREDIT UNION
6545 Sequence Drive

13

San Diego, California [92121]
sflaugher@sdccu.com

14

15

**By Fax Transmission.** Based on an agreement of the parties to accept
service by fax transmission, I faxed the documents to the persons at the fax
numbers listed below. No error was reported by the fax machine that I used.

16

17

**By Overnight Delivery.** I enclosed the documents in an envelope or
package provided by an overnight delivery carrier and addressed to the persons at

18

the addresses listed below. I placed the envelope or package for collection and
overnight delivery at an office or a regularly utilized drop box of the overnight

19

delivery carrier.

20

**By Messenger Service.** I served the documents by placing them in an
envelope or package addressed to the persons at the addresses listed below and

21

providing them to a professional messenger service for service.

22

I declare under penalty of perjury under the laws of the State of California
that the above is true and correct. Executed on October 25, 2024 at Riverside,

23

California.

24

_____*/s/Brittany Cabral/*_____

25

Brittany Cabral

26

27

28

-44 of 44-

VERIFIED COMPLAINT: FRAUD, BREACH OF CONTRACT, REPLEVIN, SUMMARY JUDGMENT

— **EXHIBIT A** —

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| **Kevin Lewis Walker** 310-923-8521 |
| B. E-MAIL CONTACT AT FILER (optional) |
| **kevinlwalker@me.com** |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| **KEVIN LEWIS WALKER** |
| **c/o 41593 Winchester Road, Suite 200** |
| **Temecula, CA 92590, USA** |

| Filed in the Office of | Initial Filing Number |
| --- | --- |
| *F.H.Aguilar* | **2024400157-3** |
| | Filed On |
| | **April 19, 2024 02:30 PM** |
| Secretary of State | Number of Pages |
| State Of Nevada | **1** |

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **BROOKS** | **STEVEN CLYDE MACARTHUR** | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **15822 NORTH WEST 87TH COURT** | **MIAMI LAKES** | **FL** | **33018** | | **USA** |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **MACARTHUR-BROOKS** | **STEVEN** | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| **15822 NORTH WEST 87TH COURT** | **MIAMI LAKES** | **FL** | **33018** | | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:

**THIS IS ACTUAL AND CONSTRUCTIVE NOTICE THAT ALL OF THE DEBTORS INTEREST NOW OWNED OR HEREAFTER ACQUIRED IS HEREBY ACCEPTED AS COLLATERAL FOR SECURING CONTRACTUAL OBLIGATIONS IN OF THE SECURED PARTY AS DETAILED IN A TRUE, CORRECT, COMPLETE, SECURITY AGREEMENT NO.04162024SMB. ALL OF DEBTORS ASSETS, THEIR SIGNATURE, REAL ESTATE, LAND, BANK ACCOUNTS, DNA, BIRTH CERTIFICATE, BONDS SECURITIES, LAWFUL MONEY, NOTES, DEBT INSTRUMENTS, FINGERPRINTS, CRYPTOCURRENCY WALLETS, TRADEMARKS, PATENTS, THEIR LIKENESS, BUSINESSES, WIFE BRITTANY CABRAL MACARTHUR-BROOKS, OFFSPRING ZION RAMOS BROOKS AND BIRTH CERTIFICATE # 1202238007708, OFFSPRING SKYE CABRAL BROOKS AND BIRTH CERTIFICATE #109-2024-018101, ALL EINS, TRUSTS, CORPORATIONS, PERSONAL PROPERTY, AND ALL OF DEBTORS INTEREST IN SAID ASSETS, LAND AND PERSONAL PROPERTY, NOW OWNED AND HEREAFTER ACQUIRED, NOW EXISTING AND HEREAFTER ARISING AND WHEREVER LOCATED, DESCRIBED FULLY IN SECURITY AGREEMENT NO.04162024SMB. INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR TO ASCERTAIN IN DETAIL, THE FINANCIAL RELATIONSHIP AND CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL TRANSACTION, IDENTIFIED IN THE SECURITY AGREEMENT REFERENCE ABOVE. ------ AFFIDAVIT OF TRUTHS AND POWER OF ATTORNEY IN FACT HAS BEEN NOTICED TO SECRETARY OF STATE, DEPARTMENT OF TREASURY, IRS, PROBATE, AND COUNTY. ADJUSTMENT OF THIS FILING IS IN ACCORD WITH HOUSE JOINT RESOLUTION HJR 192 OF JUNE 5TH 1933 PUBLIC LAW 73-10, AND UCC1- 103 AND 1-104. SECURED PARTY ACCEPTS DEBTOR SIGNATURE IN ACCORD WITH UCC1-201 (39), 3-401.**

| 5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | | |
| --- | --- | --- |
| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☑ Bailee/Bailor   ☐ Licensee/Licensor | | |

**8. OPTIONAL FILER REFERENCE DATA:**

**FILING OFFICE COPY —** UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

— EXHIBIT B —

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Kevin Lewis Walker 310-923-8521 |

B. E-MAIL CONTACT AT FILER (optional)
kevinlwalker@me.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

KEVIN LEWIS WALKER
c/o 41593 Winchester Road, Suite 200
Temecula, CA 92590, USA

| Filed in the Office of | Filing Number |
|---|---|
| | 2024405802-2 |
| | Initial Filing Number |
| | 2024400157-3 |
| Secretary of State | Filed On |
| State Of Nevada | May 17, 2024 06:05 AM |
| | Number of Pages |
| | 2 |

Signature: F. Aguilar

---

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 2024400157-3 | (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum(Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record | ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c | ☐ ADD name: Complete item 7a or 7b, and item 7c | ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024400157-3 AND BIRTH CERTIFICATE LOCAL REGISTRATION DISTRICT AND CERTIFICATE # 18819050856 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F48954565 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL BILL OF EXCHANGE/INSTRUMENT FOR $24,000.00 USD, TENDERED VIA CERTIFIED MAIL # 9589 0710 5270 1733 2160 00 TO FIDUCIARY SAN DIEGO COUNTY CREDIT UNION, FOR ACCOUNT # XXXXXX8356-14, FOR 2018 GMC SIERRA 1500, VIN # 3GTP1NEC0JG447243. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE/ALL COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC POLICY 73-10, 31 USC 3123, UCC 3-**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| STEVEN MACARTHUR-BROOKS ESTATE | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

— **EXHIBIT B** —

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**2024400157-3**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| 12a. ORGANIZATION'S NAME |
| --- |
| **STEVEN MACARTHUR-BROOKS ESTATE** |

OR

| 12b. INDIVIDUAL'S SURNAME |
| --- |
| FIRST PERSONAL NAME |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| 13a. ORGANIZATION NAME |
| --- |

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**311,3-419, 3-104, 3-603, 1-308, 3-402, 1-104, 9-105, AND WITH ORIGINAL ISSUE DISCOUNT.**

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

# — EXHIBIT C —

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Kevin Lewis Walker  310-923-8521 | |
| **B. E-MAIL CONTACT AT FILER (optional)**<br>kevinlwalker@me.com | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>KEVIN LEWIS WALKER<br>c/o 41593 Winchester Road, Suite 200<br>Temecula, CA 92590, USA | |

| Filed in the Office of | Filing Number<br>2024403283-5 |
|---|---|
| | Initial Filing Number<br>2024400157-3 |
| Secretary of State<br>State Of Nevada | Filed On<br>May 4, 2024 05:55 PM |
| | Number of Pages<br>2 |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>2024400157-3 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:   AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record   ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) ( USE exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☑ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

**THIS IS AN AMENDMENT TO THE ORIGINAL ENTRY TO THE SECURED PARTY IN THE COMMERCIAL TO UCC- 1 FILE NO. 2024400157-3 AND BIRTH CERTIFICATE LOCAL REGISTRATION DISTRICT AND CERTIFICATE # 18819050856 AND THROUGH PRIVATE OFFSET ACCOUNT NUMBER F48954565 AS HEREIN REGISTERED TO CORRECT THE FILING AS TO ACCEPTANCE FOR VALUE/LIEN ON THE COLLATERAL NOTE FOR $44,700.00 USD, NOTE FOR LOAN ID # XXXXXX8356-14, 2018 GMC SIERRA 1500, VIN # 3GTP1NEC0JG447243 AND ALL OTHER ASSETS, DEEDS, TITLES, AND/OR SECURITIES RELATING TO THIS NOTE AND VIN # 3GTP1NEC0JG447243. SAID REGISTRATION IS TO SECURE THE RIGHTS TO TITLE(S) AND INTEREST IN THE COLLATERAL. ADJUSTMENT IS PURVIEW OF PUBLIC HJR-192, PUBLIC POLICY 73-10, 31 USC 3123, UCC 3-311,3-419, 3-104, 3-603.**

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME<br>STEVEN MACARTHUR-BROOKS ESTATE | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY —** UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# — EXHIBIT C —

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as item 1a on Amendment form
**2024400157-3**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

| | 12a. ORGANIZATION'S NAME |
| --- | --- |
| | **STEVEN MACARTHUR-BROOKS ESTATE** |

| OR | 12b. INDIVIDUAL'S SURNAME | | |
| --- | --- | --- | --- |
| | FIRST PERSONAL NAME | | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

| | 13a. ORGANIZATION NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

**1-104. ISSUED WITH OID.**

15. This FINANCING STATEMENT AMENDMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

18. MISCELLANEOUS:

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

# — EXHIBIT D —

REGISTERED MAIL # RF661448955US

## TRUTH AFFIDAVIT

### IN THE NATURE OF SUPPLEMENTAL
### RULES FOR ADMINISTRATIVE AND MARITIME CLAIMS RULES C(6)

Grant of Exclusive power of attorney to conduct all
tax, business, and legal affairs of principal person.

**Date:** April 17, 2024

### POWER OF ATTORNEY IN FACT

I, STEVEN MACARTHUR-BROOKS, STEVEN CLYDE MACARTHUR BROOKS, MACARTHUR-BROOKS, STEVEN, or any derivative thereof, **DEBTOR/ENS LEGIS/ CORPORATE FICTION**, 15822 NORTH WEST 87TH COURT MIAMI LAKES, FL [33018], do hereby appoint Steven: MarArthur-Brooks, **a Living Soul, as Agent with Power of Attorney in Fact,** Non-domestic, c/o 15822 North West 87th Court, Miami Lakes, Florida [33018], to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive purpose of attorney in fact as authorized:

(a)  To take possession of, hold, and manage my real estate and all other property;

(b)  To receive money or property paid or delivered to me from any source;

(c)  To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits, to endorse checks, notes or other documents in my name; to have access to, and place items in or remove them from, any safety deposit box standing in my name individually or jointly, and otherwise to conduct bank transactions or business for me in my name;

(d)To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact Steven MacArthur-Brooks, in exercising this <u>exclusive</u> power of attorney.

(e)  To retain any investments, invest, and to invest in stocks, bonds, or other securities, or in real estate or other property;

(f)  To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or

# — EXHIBIT D —

REGISTERED MAIL # RF661448955US

1  similar bodies, to join in any reorganization and pay assessments or subscriptions called for in

2  connection with shares or securities;

3  (g) To sell, exchange, lease, give options, and make contracts concerning real estate or other

4  property for such considerations and on such terms as my attorney in fact Steven MacArthur-

5  Brooks, may consider prudent;

6  (h) To improve or develop real estate, to construct, alter, or repair building structures and

7  appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real

8  estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all

9  things necessary or appropriate to good husbandry.

10  (i)  To provide for the use, maintenance, repair, security, or storage of my tangible property;

11  (j) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks

12  as my attorney in fact Steven MacArthur-Brooks may consider prudent;

13

14      **The Agent/Living Soul, Steven: MacArthur-Brooks**, is hereby **fully authorized** by law to

15  act for and in control of the **DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/**

16  **ARTIFICIAL ENTITY/CORPORATE FICTION**, STEVEN MACARTHUR-BROOKS, or any

17  derivative thereof.  In addition, through the **exclusive power of attorney**, to contract for **all**

18  **business and legal affairs of the principal person**: MACARTHUR-BROOKS, STEVEN CLYDE,

19  DEBTOR/ENS LEGIS/BANK/FINANCIAL INSTITUTION/ARTIFICIAL ENTITY/

20  CORPORATE FICTION.

21      The term "exclusive" shall be construed to mean that while these powers of attorney are in

22  force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to

23  obligate myself with regard to the same. This grant of Exclusive Power is Irrevocable during the

24  lifetime of the Agent/Living Soul, **Steven: MacArthur-Brooks.**

25      Executed and sealed by the voluntary act of my own hand, this 17th day of April, 2024.

26  Acceptance:

27  _Stn. MacArthur-Brooks_

28  STEVEN MACARTHUR-BROOKS, GRANTOR

-Page 2 of 4-

AFFIDAVIT: POWER OF ATTORNEY IN FACT - STEVEN CLYDE MACARTHUR BROOKS

# — EXHIBIT D —

REGISTERED MAIL # RF661448955US

1  Executed *without* the UNITED STATES, I declare under penalty of perjury under the laws of the

2  united states of America that the foregoing is true and correct.

3

4              I, the above named **exclusive** Attorney In Fact, do hereby

5              Accept the fiduciary interest of the herein-named **DEBTOR/**

               **ENS LEGIS/BANK/FINANCIAL INSTITUTION/**

6              **ARTIFICIAL ENTITY/CORPORATE FICTION** and will

7              execute the herein-granted powers-of-attorney with due

               diligence.

8

9              All rights reserved without prejudice or recourse, UCC § 1-308.

10

11  By: _Steven MacArthur-Brooks_

12  Steven MacArthur-Brooks, sui juris

               Authorized Representative, **Agent**, Attorney In Fact.

13

14

15  Let this document stand as truth before the Almighty Supreme Creator and let it be established before men

16  according as the scriptures saith: *"But if they will not listen, take one or two others along, so that*

    *every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In*

17  *the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

18

19  By: _Brittany Cabral MacArthur-Brooks_

20  Brittany Cabral MacArthur-Brooks (WITNESS)

21  Authorized Representative

22

23  By: _____

24              (WITNESS)

25

26

27  **NOTICE:**

    Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any manner*. The

28  purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign jurisdiction.

-Page 3 of 4-

AFFIDAVIT: POWER OF ATTORNEY IN FACT - STEVEN CLYDE MACARTHUR BROOKS

# — EXHIBIT D —

REGISTERED MAIL # RF661448955US

**JURAT**

State of Florida       )
                       )
                       ) ss.
                       )
County of Miami-Dade    )

Subscribed and sworn to (of affirmed) before me on this __24ᵗʰ__ day of __October__ , 2024, by Steven MacArthur-Brooks, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Claudia Vega_ _____ Notary public
           print

_____ Seal:

CLAUDIA VEGA
Notary Public - State of Florida
Commission # HH 184518
My Comm. Expires Oct 10, 2025

-Page 4 of 4-
AFFIDAVIT: POWER OF ATTORNEY IN FACT - STEVEN CLYDE MACARTHUR BROOKS

# — EXHIBIT E —

Registered Mail # RF 204 463 888 US

**From:** Steven MacArthur-Brooks, sui juris,
Authorized Representative(s), Secured Party(ies).
™STEVEN-MACARTHUR-BROOKS© ESTATE
c/o 15822 North West 87th Court
Miami Lakes, Florida [33018]
non-domestic *without* the United States



RF 204 463 888 US

\*\*\* NOTICE TO AGENT IS NOTICE TO PRINCIPAL \*\*\*
\*\*\* NOTICE TO PRINCIPAL IS NOTICE TO AGENT \*\*\*

**To/Respondent(s):** Teresa H. Campbell, Shirley Jackson
C/o SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DR
SAN DIEGO, CA [92121]                              **Date:** June 26, 2024
EIN # 95-1184903

**ACCOUNT/SECURITY # 0007568356, VIN: 3GTP1NEC0JG447243**

## AFFIDAVIT CERTIFICATE of DISHONOR, DEFAULT, NON-RESPONSE, JUDGEMENT, and LIEN AUTHORIZATION.

| | |
|---|---|
| ™STEVEN MACARTHUR-BROOKS© ,™STEVEN MACARTHUR-BROOKS© ESTATE, <br><br> Plaintiff(s), <br><br> vs. <br> Teresa H. Campbell, Shirley Jackson SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, <br><br><br> Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | - FRAUD<br>- EMBEZZLEMENT<br>- IDENTITY THEFT<br>- LARCENY<br>- EXTORTION<br>- COERCION<br>- DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW<br>- BREACH OF TRUST<br>- FORCED PEONAGE<br>- CONSPIRACY<br>- DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE<br>- $10,000,000.00 USD JUDGEMENT AND LIEN FULLY AUTHORIZED. Invoice HEREIN. |

### VERIFIED

KNOW ALL MEN BY THESE PRESENTS, that on this day, before me, a Notary Public, personally came and appeared Steven MacArthur-Brooks, in propria persona, **sui juris**, a **living soul, natural, freeborn Sovereign**, by limited special appearance. He is herein referred to as '**Affiant**,' over 18 years of age, being competent to testify and having first hand knowledge of the facts herein. Affiant declared (or certified, verified, affirmed, or stated) under penalty of perjury under the laws of the United States of America that the following is true and correct, to the best of Affiants's understanding and belief, and in good faith:

# — EXHIBIT E —

Registered  Mail # RF 204 463 888 US

1. As of June 24, 2024, Affiant has **not** received a valid, point for point, written response to the document(s) mailed to the person(s) named below. The document(s) mailed and the mail and delivery date(s) was are:

(1) **Document: <u>AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT. EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE</u>**

**Certified Mail Number:** 95890710527017332216000.

**Mailed to:** Teresa H. Campbell, Shirley Jackson SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive — C/o SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DR., SAN DIEGO, CA [92121].

**Mailed:** May 7, 2024, 1:01 pm.

**Delivered:** "May 20, 2024, 7:30 am.

(2) **<u>Document: AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE of DISHONOR, DEFAULT and Opportunity to Cure, FRAUD, EMBEZZLEMENT. EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE</u>.**

**Certified Mail Number:** 95890710527017332216123.

**Mailed to:** Teresa H. Campbell, Shirley Jackson SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive — C/o SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DR., SAN DIEGO, CA [92121].

**Mailed:** May 17, 2024, 5:01 pm.

**Delivered:** "May 28, 2024, 8:13 am.

2. As of June 24, 2024, Affiant has established the following Contract and Judgment against the above Respondent(s), as they have agreed by receiving, consideration, acceptance, willful silence, acquiescence, and **TACIT PROCURATION**:

["]You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive fail to respond within three (3) days, you/they individually and collectively admit the statements and claims by **TACIT PROCURATION, and completely agree that you/they individually and collectively are guilty of** fraud, embezzlement, larceny, extortion, coercion, conspiracy, deprivation of rights under the color of law, injury and damage to Affiant and/or the STEVEN MACARTHUR-BROOKS ESTATE and/or STEVEN MACARTHUR-BROOKS.

**Moreover,** If You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **fail to respond within three**

— **EXHIBIT E** —

Registered  Mail # RF 204 463 888 US

1
2
3
4
5
6
7
8
9
10
11
12
13

**(3) days,** you/they individually and collectively, **fully and unequivocally Accept, indorse, support, and advocate for a judgement of** Ten Million Dollars ($10,000,000.00 USD) being entered against Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **in the favor of** STEVEN MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE.

Finally, **If You,** Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or Does 1-10 **fail to respond within three (3) days, you/they individually and collectively, fully and unequivocally indorse, support and advocate for STEVEN MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE to** formally notify the United States Treasury and/or the Internal Revenue Service, submit the requisite forms 1099-A, 1099-OID, 1096, and 1041-V, execute an Affidavit Certificate of Non-Response and Judgement, and issue an ORDER TO PAY, with this agreement servings as prima facie evidence of You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive's indebtedness to STEVEN MACARTHUR-BROOKS and/or STEVEN MACARTHUR -BROOKS ESTATE. Should it be deemed necessary, the Claimants/Plaintiffs are authorized to initiate the filing of a lien to secure satisfaction of the adjudged sum of Ten Million Dollars ($10,000,000.00 USD) ["].

14
15
16

3. As of June 24, 2024, Affiant is **not** in possession of a response from Respondent(s), addressing each point on the affidavits sent, **sworn under the penalty of perjury, as required.**

17
18
19

4. Respondent(s) **individually and collectively admit** the statements and claims by TACIT PROCURATION, **all issues** are deemed **settled RES JUDICATA, STARE DECISIS** and by COLLATERAL ESTOPPEL["].

20
21
22
23
24
25

5. Respondent(s) individually and collectively, **fully agree** that Respondent(s) have received tender of payment in **full satisfaction** and settlement of this account by way of a $24,000.00 private Bill of Exchange, via Certified Mail # **9589071052701733216000.** Said private Bill of Exchange was tendered in good faith for **full satisfaction** and settlement, in compliance with UCC § 3-311, resulting in discharge, as evidenced by Nevada UCC3 Filing # 2024405802-2.

26
27
28

6. Respondent(s) individually and collectively, **fully agree** that is said tender of payment is refused, there is discharge, to the extent of the amount of the tender, resulting in a $00.00 balance. In compliance with UCC § 3-603.

— **EXHIBIT E** —

Registered Mail # RF 204 463 888 US

7. Respondent(s) **fully agree** that account # 0007568356 is **fully satisfied** and/or discharged per UCC 3-311 and/or 3-603 , and thus settled, and closed. There is **no balance due** to Respondent(s) from Affiant, ™STEVEN MACARTHUR-BROOKS© or ™STEVEN MACARTHUR-BROOKS© ESTATE, and the title for VIN: 3GTP1NEC0JG447243 is required to be surrendered to Affiant free of any liens or encumbrances.

8. Respondent(s) **fully agree** that they did **NOT** provide ™STEVEN MACARTHUR-BROOKS© or ™STEVEN MACARTHUR-BROOKS© ESTATE with a loan or money or inherent value in any way.

9. Respondent(s) individually and collectively, **fully and unequivocally and fully Authorize**, Accept, indorse, support and advocate for Affiant, and/or ™STEVEN MACARTHUR-BROOKS©, and/or ™STEVEN MACARTHUR-BROOKS© ESTATE to formally notify the **United States Treasury** and/or the **Internal Revenue Service**, submit the requisite forms **1099-A, 1099-OID, 1096, 1041, 1099-C, and 1041-V**, execute a **notarized** Affidavit **CERTIFICATE of Dishonor, Non-Response and Judgement,** and is **fully Authorized** to issue an **ORDER TO PAY,** with this expression of the **contract agreement** serving as **prima facie evidence** Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive's **INDEBTEDNESS to Affiant, and/or** ™STEVEN MACARTHUR-BROOKS©, and/or ™STEVEN MACARTHUR-BROOKS© ESTATE. Should it be **deemed** necessary, the Plaintiffs/Claimants/ are **fully Authorized** to initiate the filing of a lien, and the seizing of property to secure satisfaction of the **adjudged, decreed, and Authorized** sum total due to **Affiant, and/or** ™STEVEN MACARTHUR-BROOKS©, and/or ™STEVEN MACARTHUR-BROOKS© ESTATE of, Ten Million and 00/100 U.S. Dollars ($10,000,000.00 USD).

10. Respondent individually and collectively, fully agree that this Affidavit is *prima facie* evidence of fraud, embezzlement, fraud, larceny, intensity theft, conspiracy, deprivation of rights under the color of law, extortion. coercion, injury and damage to Affiant and proof of claim. See *United States v. Kis*, 658 F.2d, 526 (7th Cir. 1981)., "Appellee

— EXHIBIT E —

Registered  Mail # RF 204 463 888 US

1  had the burden of first proving its prima facie case and could do so by affidavit or other

2  evidence."

3      11. Respondent(s) individually and collectively, **fully agree** that INVOICE  #

4  SANCREDITDISHONOR24 accurately represents their indebtedness of to Affiant,

5  ™STEVEN MACARTHUR-BROOKS©, and/or ™STEVEN MACARTHUR-BROOKS©

6  ESTATE.

7      **12. Respondent(s) individually and collectively, fully agree** that Respondent(s)

8  (Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or

9  Does 1-10 Inclusive) or who you/they represent **is/are the DEBTOR(S) in this matter.**

10      13. Respondent(s) individually and collectively, fully agree that Teresa H. Campbell,

11  Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or Does 1-10 Inclusive, or

12  who you represent **has/have been paid in full** for the "contract" in question.

13      14. Respondent(s) individually and collectively, **fully agree** that Teresa H. Campbell,

14  Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or Does 1-10 Inclusive is/

15  are **NOT** the CREDITOR, or an ASSIGNEE of the CREDITOR, in this matter.

16      15. Respondent(s) individually and collectively, fully agree that Teresa H. Campbell,

17  Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or Does 1-10 Inclusive, **DO**

18  **NOT** have **any** valid, legal, or lawful interest in, or claim to VIN: 3GTP1NEC0JG447243.

19      16. "Public officials **are not** immune from suit when they transcend their lawful

20  authority by invading constitutional rights." — AFLCIO v. Woodward, 406 F2d 137 t.

21      17. Consistent with the **eternal tradition of natural common law, unless I**

22  **have harmed or violated someone or their property, I have committed no crime;**

23  and I am therefore **not** subject to any penalty. I act in accordance with the following

24  **U.S. Supreme Court case:** "The individual may stand upon his **constitutional**

25  **rights** as a citizen. He is entitled to carry on his **private** business in his own way.

26  **His power to contract is unlimited.** He owes no such duty [to submit his books and

27  papers for an examination] to the State, since he receives nothing therefrom, beyond

28  the protection of his life and property. His rights are such as existed by the law of

— EXHIBIT E —

Registered  Mail # RF 204 463 888 US

1  the land [Common Law] **long antecedent to the organization of the <u>S</u>tate**, and can

2  only be taken from him by due process of law, and in accordance with the

3  Constitution. Among his **rights** are a **refusal to incriminate himself**, and **the**

4  **immunity of himself and his property from arrest or seizure except under a**

5  **warrant of the law.** He owes nothing to the public so long as he does not trespass

6  upon their rights." — **Hale v. Henkel**, 201 U.S. 43 at 47 (1905)

7      **18.** "the people, not the States, are sovereign." —Chisholm v. Georgia, 2 Dall.

8  419, 2 U.S. 419, 1 L.Ed. 440 (1793).

9      **19.** "Public officials **are not** immune from suit when they transcend their lawful

10  authority by invading constitutional rights."—AFLCIO v. Woodward, 406 F2d 137 t.

11      **20. <u>ALL ARE EQUAL UNDER THE LAW.</u>** (God's Law - Moral and Natural

12  Law). Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17;

13  Col. 3:25. "No one is above the law".

14      **21. <u>IN COMMERCE FOR ANY MATTER TO BE RESOLVED MUST BE</u>**

15  **<u>EXPRESSED.</u> (**Heb. 4:16; Phil. 4:6; Eph. 6:19-21). — **Legal maxim:** "To lie is to go

16  against the mind."  Oriental proverb:  "Of all that is good, sublimity is supreme."

17      **22.  <u>IN COMMERCE TRUTH IS SOVEREIGN.</u>**  (Exodus 20:16; Ps. 117:2;

18  John 8:32; II Cor. 13:8 ) Truth is sovereign — and the Sovereign tells only the truth.

19      **23.  <u>TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.</u>**  (Lev.

20  5:4-5; Lev. 6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

21      **24.  <u>AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN</u>**

22  **<u>COMMERCE.</u>** (12 Pet. 1:25; Heb. 6:13-15;). "He who does not deny, admits."

23      **25.   <u>AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGEMENT IN</u>**

24  **<u>COMMERCE.</u>**  (Heb. 6:16-17;). "There is nothing left to resolve."

25      **26. <u>WORKMAN IS WORTHY OF HIS HIRE</u>**. The first of these is expressed

26  in Exodus 20:15; Lev. 19:13; Mat. 10:10; Luke 10"7; II Tim. 2:6. **Legal maxim:** "It is

27  against equity for freemen not to have the free disposal of their own property."

28

## — EXHIBIT E —

Registered Mail # RF 204 463 888 US

1     **27. HE WHO LEAVES THE BATTLEFIELD FIRST LOSES BY DEFAULT.**

2     (Book of Job; Mat. 10:22) -- **Legal maxim:** "He who does not repel a wrong when he

3     can occasions it.")

4

5     **FURTHER AFFIANT SAYETH NOT.**

6     **COPY of this AFFIDAVIT CERTIICATE and ATTACHMENTS also sent to:**

7     **To/Cc:** Alejandro E. Moreno, Fiduciary(ies) Agent(s).     **To/Cc:** Daniel Werfel, Fiduciary(ies),

8     C/o SHEPPARD, MULLIN, RICHTER, HAMPTON LLP     C/o INTERNAL REVENUE SERVICE
    501 WEST BROADWAY, 19TH FLOOR     3651 S IH 35, STOP 6579 AUSC

9     San Diego, California [91201-3598]     Austin, Texas [73301-0059]
    Registered Mail # RF 204 463 891 US.     Express Mail # RF 204 463 905 US

10

11     ## ATTACHMENT/EXCLOSURES:

12     1. (Copy) **AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE of DISHONOR, DEFAULT, FRAUD,**

13     **EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE**
    (Sent via Certified Mail # 9589071052701733216000).

14     2. (Copy) **AFFIDAVIT and PLAIN STATEMENT OF FACTS, NOTICE of DISHONOR,** DEFAULT and

15     Opportunity to Cure, **FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT**
    **SETTLEMENT AND CLOSURE** (Sent via Certified Mail # 9589071052701733216123 ).

16     3. (Signed Copy) Affidavit of WALKER TODD, substantiating ALL credit originates from the non-citizen national/

17     national/internationally protected person/official guest.

18     4. (Certified Copy) Library of Congress certified copy of House Joint Resolution 192 of June 5 1933, public law 73-10.

    5. (Copy) BIRTH CERTIFICATE Accepted for Value and returned for value with honor, in compliance with UCC §

19     3-302, **and** 9-105.

20     6. Private UCC Contract # 2024400157-3, filed with Nevada establishing lien on all assets and Steven MacArthur-

21     Brooks as holder in due course, in compliance with UCC § 3-302, 9-105, 9-313, 9-509.

22     7. UCC3 Filing # 2024405802-2, adding BILL OF EXCHANGE/INSTRUMENT tendered for full satisfaction in the

    amount of Twenty Four Thousand Dollars ($24,000.00 USD) for Account/Bond # XXXXXX8356-14, in compliance

23     with UCC § 3-603, **and** 3-311, and thus discharged regardless.

24     8. UCC3 Filing # 2024403283-5 adding NOTE/SECURITY FOR Account/Bond # XXXXXX8356-14, in compliance with

    UCC § 3-302, 8-105, 9-105.

25     9. (Copy) Affidavit of Truth: Jurisdiction, Sovereign/national Status, Revocation of Signatures and POA.

26     10. (Copy) Power of Attorney In Fact.

27     11. (Copy) Steven MacArthur-Brooks / STEVEN MACARTHUR-BROOKS Trademark and Copyright agreement.

    12. **(Copy)** NOTICE: of STATUS, RIGHTS, PROTECTIONS, JURISDICTION of national.

28

# — EXHIBIT E —

Registered Mail # RF 204 463 888 US

Invoice No.: SANDIEGOCREDITDISHONOR24

# **INVOICE** and/or **TRUE BILL**

Dear Valued Customer(s),Fiduciary(ies), Agent(s), and/or DEBTOR(S):

It has come to OUR attention that you are **deemed guilty** of **multiple felony crimes, violations of U.S. Code, U.C.C, the Constitution, and the law.** You have or currently still are **threatening, extorting, depriving, coercing, damaging, injuring, and causing irreparable physical, mental, emotional, and financial harm to** ™STEVEN MACARTHUR-BROOKS© **and** ™STEVEN CLYE MACARTHUR BROOKS© ESTATE, ™ and its/their beneficiary(ies), and their Fiduciary(ies), Trustee(s), Executor(s), Agent(s), and Representatives. **You remain in default, dishonor, and have an outstanding past due balance due immediately, to wit:**

| | | |
|---|---|---|
| 1. | Received, Considered, and Accepted Contract Offer sent by way of Certified Mail # 9589 0710 5270 1733 2160 00, and delivered <u>May 30, 2023 at 7:30 am</u>: | <u>$10,000,000.00</u> |
| 2. | Received, Considered, and Accepted Contract Offer sent by way of Certified Mail # 9589 0710 5270 1733 2161 23, and delivered <u>May 28, 2024, 8:13 am</u>: | <u>$00.00</u> |
| 3. | Professional and personal fees and costs associated with preparing documents for this matter: | $100,000,000.00 |
| 5. | 15 U.S. Code § 2 - Monopolizing trade a felony; penalty: | $100,000,000.00 |
| 6. | 18 U.S. Code § 241 - Conspiracy against rights: | $350,000,000.00 |
| 7. | 18 U.S. Code § 242 - Deprivation of rights under color of law: | $500,000,000.00 |
| 8. | House Joint Resolution 192 of June 5 1933, Public Law 73-10: | $1,000,000.00 |
| 9. | 15 U.S. Code § 1122 - Liability of United States and States, and instrumentalities and officials thereof: | |
| 10. | 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty (fine and/or up to ten years imprisonment): | $100,000,000.00 |
| 11. | 18 U.S. Code § 1951 - Interference with commerce by threats or violence (fine and/or up to twenty years imprisonment): | $300,000,000.00 |
| 12. | Title 18 U.S. Code § 112 - Protection of foreign officials, official guests, and internationally protected persons: | $11,000,000.00 |
| 13. | 18 U.S. Code § 878 - Threats and extortion against foreign officials, official guests, or internationally protected persons (fine and/or up to twenty years imprisonment): | $500,000,000.00 |
| 14. | 18 U.S. Code § 880 - Receiving the proceeds of extortion (fine and/or up to three years imprisonment): | $3,000,000.00 |
| 10. | Fraud, conspiracy, obstruction, identity theft, extortion, forced peonage, bad faith actions, treason, monopolization of trade and commerce, bank fraud, threats, coercion, identity theft, mental trauma, emotional anguish and trauma. embezzlement, larceny, felony crimes, loss of time and thus enjoyable life, deprivation of rights under the color of law, harassment, violating the Constitution,  injury and damage: | $1,000,000,000.00 |

| | |
|---|---|
| **Total Due:** | **$2,975,000,000.00 USD** |
| Good Faith Discount : | $2,965,000,000.00 USD |
| Total Due by 07/21/2024: | **$10,000,000.00  USD** |

June 21, 2024 — AFFIDAVIT CERTIFICATE of DISHONOR, DEFAULT, NON-RESPONSE, JUDGEMENT, and Lien Authorization.
-page 8 of 10-

— **EXHIBIT E** —

Registered Mail # RF 204 463 888 US

## COMMERCIAL OATH AND VERIFICATION:

1

2  County of Miami-Dade        )

3  The State of Florida          )                    Commercial Oath and Verification

4

5  I, <u>STEVEN MACARTHUR-BROOKS</u>, under my unlimited liability and Commercial Oath
proceeding in good faith being of sound mind states that the facts contained herein are

6  true, correct, complete and not misleading to the best of Affiant's knowledge and belief
under penalty of International Commercial Law and state this to be HIS Affidavit of Truth

7  regarding same signed and sealed this __26__ day of __June__ in the year of Our Lord two
thousand and twenty four:

8

9                              proceeding sui juris, by Special Limited Appearance,

10           **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402.**

11                    By: ~~Steven MacArthur-Brooks~~

12                    **Steven MacArthur-Brooks**, *Authorized Representative,*
                      *Executor, Secured Party, Executor,* national,

13                       *private bank(er) EIN # 9-xxxxx89*

14

15                                 **NOTICE:**

16  Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any
manner.* The purpose for notary is verification and identification **only** and **not** for entrance into **any** foreign

17  jurisdiction.

18  Let this document stand as truth before the Almighty Supreme Creator and let it be established

19  before men according as the scriptures saith: *"But if they will not listen, take one or two others along, so
that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the*

20  *mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

21                              By *Special Limited* Appearance,

22            All rights reserved without prejudice or recourse, U.C.C §1-308, 3-402.

23                    By: ~~Kevin Walker~~

24                    **Kevin Walker**, *Authorized Representative, Attorney In Fact,*
      (WITNESS) *Secured Party, Executor,* national, *private bank(er)* EIN # 9x-xxxxx07

25                              By *Special Limited* Appearance,

26            All rights reserved without prejudice or recourse, U.C.C §1-308,

27            3-402.

28                    By: ~~Brittany Cabral MacArthur-Brooks~~
                      **Brittany Cabral MacArthur-Brooks (WITNESS)**

June 21, 2024 — AFFIDAVIT CERTIFICATE of DISHONOR, DEFAULT, NON-RESPONSE, JUDGEMENT, and Lien Authorization.
-page 9 of 10-

— **EXHIBIT E** —

Registered Mail # RF 204 463 888 US

1      In compliance with U.C.C (**Uniform Commercial Code**) § 3-603, 3-311, 3-505, 1-202, 2-202,

2  8-105, 9-105, 9-313, 9-509, this document serves as formal notice that the undersigned has executed

3  the presentation of the attached above referenced contract(s) and/or presentment(s) via Express,

4  Registered, and/or Certified mail, with enclosed notices providing the Respondent(s) with a

5  reasonable timeframe to consider and either accept or decline the proposed conditions and terms

6  of the contract.

7      After allowing seven (7) days for the mailing of the contract and providing more than three

8  (3) days, or 72 hours, for the acceptance or refusal—with the time allotted for responding having

9  elapsed—the involved parties/Respondent(s), having **been duly notified of the contract's terms**

10  and with the record indicating an absence of a valid rebuttal, response, or refusal, the Notary

11  hereby asserts that, in accordance with the legal maxim that **"Silence is Acquiescence,"** there

12  appears to be a **TACIT AGREEMENT** by the Respondent(s) to the terms and conditions of the

13  **contract,** and the stipulation that the DEBTOR(S)/Respondent(s) <u>fully authorize</u> the filing of a

14  UCC1 Financing Statement and Lien in an authenticated record, as stipulated by UCC 9-509.

15      **Therefore, a confession of judgment on the facts, stipulations, and merits is deemed**

16  **warranted.**

17

18                     **JURAT:**

19

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

20  State of Florida      )
                        ) ss.

21  County of Miami-Dade  )

22  Subscribed and sworn to (or affirmed) before me on this 26th day of June, 2024 , by <u>Steven MacArhtur-</u>

23  <u>Brooks</u>, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

24  _Kyle Lola_ _____ Notary public
           _print_

25  _____ Seal:

26

27

28

Seal: KYLE ABRAHAM LOLA / COMMISSION NUMBER HH 420865 / EXPIRES Jul. 12, 2027 / Notary Public, State of Florida

June 21, 2024 — AFFIDAVIT CERTIFICATE of DISHONOR, DEFAULT, NON-RESPONSE, JUDGEMENT, and Lien Authorization.
-page 10 of 10-

# — EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

**From:** Steven MacArthur-Brooks, *sui juris*,
Authorized Representative(s), Secured Party(ies).
STEVEN MACARTHUR-BROOKS
c/o  15822 North West 87th Court
Miami Lakes, Florida  [33018]
non-domestic *without* the United States

*** NOTICE TO AGENT IS NOTICE TO PRINCIPAL ***
*** NOTICE TO PRINCIPAL IS NOTICE TO AGENT ***

*** SELF-EXECUTING CONTRACT AND SECURITY AGREEMENT

**To:**   Teresa H. Campbell, Shirley Jackson
SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DR
SAN DIEGO, CA  [92121]
EIN # 95-1184903

**Date:** April 28, 2024     **ACCOUNT NUMBER:** 0007568356, VIN: 3GTP1NEC0JG447243

## AFFIDAVIT and PLAIN STATEMENT OF FACTS
### NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

| | |
|---|---|
| STEVEN MACARTHUR-BROOKS, STEVEN MACARTHUR-BROOKS ESTATE,<br><br>Plaintiff(s),<br><br>vs.<br>Teresa H. Campbell, Shirley Jackson SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive,<br><br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | - FRAUD<br>- EMBEZZLEMENT<br>- IDENTITY THEFT<br>- LARCENY<br>- EXTORTION<br>- COERCION<br>- DEPRIVATION OF RIGHTS UNDER THE COLOR OF LAW<br>- BREACH OF TRUST<br>- FORCED PEONAGE<br>- CONSPIRACY<br>- DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE<br>- $10,000,000.00 DUE |

_____

**VERIFIED**

This is an offer for Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, and/or Does 1-10 Inclusive, in honor, to make full disclosure if you are in fact the TRUE (See Black's law Dictionary 6th Ed. **"TRUE"** page 1508) **CREDITOR** or represent the true **CREDITOR** under *The Truth In Lending Act* 15 *U.S.C.* §1601, *Privacy Act* Title 5 *U.S.C.* § 552(a) and Title 12 *U.S.C.* § 2605. The requirement of **CREDITOR** to respond and act to a purported **DEBTOR**'s request for full disclosure and information regarding a purported debt; the account you list as STEVEN MACARTHUR-BROOKS, **ACCOUNT NUMBER: 0007568356**, **VIN # 3GTP1NEC0JG447243** with SAN DIEGO COUNTY CREDIT UNION **THIS ASSET IS HEREBY UNDER RECOUPMENT.**

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1    If you refuse to stipulate that you are or represent the true **CREDITOR** of the **purported**

2    LOAN, VIN # 3GTP1NEC0JG447243, **you must cease any and all collection activity** and

3    surrender the Title to VIN # 3GTP1NEC0JG447243, free of any liens or encumbrances, and make

4    restitution and remedy.  Accordingly, **if YOU fail to respond in this Matter, then YOU have thus**

5    **stipulated that** I MUST be the true **CREDITOR** in this matter, and any previous claims by you

6    and/or any other party that I am the purported DEBTOR are thus considered null and void ab initio

7    by you and all other parties, and you are guilty of fraud, extortion, embezzlement, larceny, and

8    banking and securities fraud.

9    YOU, cannot be the **CREDITOR** in this instant matter because YOU and/or any of YOU

10   NEVER risked any assets, nor are any of YOU holding any assets. A **CREDITOR** cannot be a true

11   **CREDITOR** if they don't hold the asset in question and they cannot hold assets for if they do, their

12   tax exempt status is violated and the Trust itself is void *ab initio.*

13   If you are the true **CREDITOR** or represent the true **CREDITOR** under The *Truth In*

14   *Lending Act* 15 *U.S.C.* §1601, *Privacy Act* Title 5 *U.S.C.* § 552(b)(4), and Title 12 *U.S.C.* § 2605

15   you MUST NOW inform me, the INTERNAL REVENUE SERVICE (IRS) and the SECURITIES

16   AND EXCHANGE COMMISSION (SEC) of YOUR/THEIR change in Tax exempt status of being

17   a **CREDITOR**.

18   You, my purported lending institution, successor in ownership, and/or loan servicer have

19   committed acts of fraud upon me, and the public in general, and are the single cause of this paradox

20   and absent YOU stating the claim as true **CREDITOR** or representative of the true **CREDITOR,**

21   YOU cannot claim a debt or collection thereof.

22   The undersigned, Steven MacArthur-Brooks, hereafter referred to as individually as Affiant

23   and Collectively as Affiants. Affiants are the Agents, Attorney In Facts, and Secured Parties and

24   Secured Creditors of and for STEVEN MACARTHUR-BROOKS and STEVEN MACARTHUR-

25   BROOKS ESTATE. Affiants hereby state that he/she are of legal age and competent to state on

26   belief and personal knowledge that the facts set forth herein as duly noted below are true, correct,

27   complete, and presented in good faith regarding the account listed as STEVEN MACARTHUR-

28   BROOKS, **Account Number: 0007568356, VIN # 3GTP1NEC0JG447243,** with the purported

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1   CREDITOR to be with SAN DIEO COUNTY CREDIT UNION. **This Affidavit concerns** Teresa

2   H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **and**

3   **their attempt to collect a fraudulent debt, their coercion, extortion, conspiracy, deprivation of**

4   **rights under the color of law, identity theft, embezzlement, larceny, and to ORDER the**

5   **settlement and closure of this account.**

6          As with any administrative process, Teresa H. Campbell, Shirley Jackson, SAN DIEGO

7   COUNTY CREDIT UNION, Does 1-10 Inclusive may controvert the statements and/or claims

8   made by Affiants by executing and delivering a **verified response point by point**, **in affidavit**

9   **form**, **sworn and attested to under penalty of perjury**, signed by Teresa H. Campbell, Shirley

10  Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive or other designated officer

11  of the corporation with evidence in support by Certified or Registered Mail,. **Answers by any other**

12  **means are considered a non-response and will be treated as a non-response.**

13

14  <u>**YOU MUST RESPOND and REBUT MY ALLEGATIONS and CLAIMS under Title 12**</u>

15  <u>***U.S.C.* § 2605.**</u>

16

17          I, **Steven MacArthur-Brooks**, **a living soul**, over 18 years of age, being competent to

18  testify and having first hand knowledge of the facts herein, in good faith, allege and declare under

19  penalty of perjury that:

20          1. The fraudulently claimed "Car Loan" was in no way a "Car loan" as it was truly a

21  CURRENCY EXCHANGE as one form of "currency," the GENUINE ORIGINAL PROMISSORY

22  NOTE, was exchanged for another form of "currency" known as FEDERAL RESERVE NOTES or

23  MONEY OF ACCOUNT OR CHECKBOOK MONEY.

24          2. You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

25  Does 1-10 Inclusive, and/or your corporation, never at any time risked any of its assets and truly

26  only exchanged the GENUINE ORIGINAL PROMISSORY NOTE for "credit" according to the

27  Federal Reserve Generally Accepted Accounting Standards (GAAS) with the FEDERAL RESERVE

28  SYSTEM.

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1      **3.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

2  Does 1-10 Inclusive, and/or your corporation received unjust enrichment and/or pecuniary gain for

3  your fraudulent act(s).

4      **4.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

5  Does 1-10 Inclusive, and/or your corporation have operated as a FICTITIOUS PAYEE unlawfully

6  accepting unjust enrichment from a fraudulent and deceitful "contract" known as a "LOAN" and/or

7  "CREDIT AGREEMENT."

8      **5.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

9  Does 1-10 Inclusive, and/or your corporation has skirted numerous laws required by several states

10  concerning the "RECORDING OF DOCUMENTS" to defraud the states of their lawfully required

11  recording fees.

12      **6.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

13  Does 1-10 Inclusive, and/or your corporation has violated numerous laws concerning "filing and/or

14  recording false and/of fraudulent" documents in a public office.

15      **7.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

16  Does 1-10 Inclusive, and/or your corporation copied the NOTE before it was mutilated, destroyed,

17  dis-attached from the other documents, etc. and therefore the copy is invalid even if said copy was

18  or is "certified."

19      8. **Without disclosure** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

20  CREDIT UNION, Does 1-10 Inclusive, and/or your Corporation, parent Corporation and other

21  subsidiaries convert the monetary instrument (note) into an unregistered security, thereby

22  counterfeiting the purported borrower's signature, without disclosure that a note is a "monetary

23  instrument" that evidences a promise to pay a monetary obligation, does evidence an order to pay,

24  and does contain an acknowledgment by a bank that the bank has received for deposit a sum of

25  money or funds Ref. *U.C.C.* 9-102(a)(9). However, the debt instrument used for this purported loan

26  transaction exceeds a maturity of nine (9) months, and therefore it is already a security, Ref. 15

27  *U.S.C.* 78(c)(10). Therefore, any reference to a note is your/their knowledgeable, willful fraud by

28  conversion, intent and action.

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1     **9. Without disclosure** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

2     CREDIT UNION, Does 1-10 Inclusive, and/or your Corporation, parent Corporation and other

3     subsidiaries register the note as a security with the SECURITIES and EXCHANGE COMMISSION

4     using Form S3.  Under *U.C.C.* 3-306, there cannot be a holder in due course on a promissory note

5     after YOU deposit it so you use **off balance sheet bookkeeping** under Financial Accounting

6     Standards (FAS) to hide the asset of the (See Black's Law Dictionary 6th Ed "TRUE" page 1508)

7     true CREDITOR.  All banks and subsidiary mortgage companies follow FAS standards.

8     **10.** FR 2046 is one of several reports that are filed on OMB forms in which the public has a

9     right to disclosure under the Privacy Act that shows the purported borrower's asset and You, Teresa

10    H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive,

11    and/or your Corporation, parent Corporation and other subsidiaries' liability. **Under Title 12 *U.S.C.***

12    **1813(L)(1)** when the purported borrower gives, deposits, or surrenders or the subsequent supposed

13    loan owner obtains the promissory note, it becomes a cash item and You, Teresa H. Campbell,

14    Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, and/or your

15    Corporation, parent Corporation and other subsidiaries are required to give the purported borrower

16    **a cash receipt**. The deposit of Affiant's promissory note was made to a demand deposit account

17    you, and/or your Corporation, parent Corporation and other subsidiaries are required to show it on

18    THEIR books, but **instead THEY do an offset entry and fail to give the purported borrower**

19    **and Affiant(s) a cash receipt**.

20    **11.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

21    Does 1-10 Inclusive, and/or your Corporation, parent Corporation and other subsidiaries are

22    required under 12 *U.S.C.* §§248 and 347 to file an FR 2046 balance sheet.  YOUR liability is my/

23    our promissory note.  It is YOUR liability because it is an asset to me/us. YOU owe me that money

24    under recoupment.  You call it an offset in accounting, but in the *Uniform Commercial Code*

25    *(U.C.C.)* it is called a **recoupment**.

26    **12.** Affiants hereby bring **a mandatory counterclaim. Affiant(s) demand recoupment**

27    **settlement and closure**. Under FAS 140, We are entitled to setoff. **YOU and/or your Corporation**

28

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

— EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1    **must use our accounts payable as an offset or counterclaim to the financial asset side** and that

2    is the receivable.

3         13.    **Affiant(s) demands copies of** the S3 registration statement, the form You, Teresa H.

4    Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, **and/or**

5    your Corporation, parent Corporation and other subsidiaries file that shows THEY sold the note that

6    is a transfer; the 424(b)(5) prospectus; the balance sheets FR 2046, 2049, and 1099s that have OMB

7    numbers on them and are subject to disclosure under the Privacy Act, Title 5 *U.S.C.* § 552(a).

8    Auditors keep track of where the assets went. If necessary, I will file suit and subpoena the auditor.

9         **14.** The genuine note and/or mortgage does **not** contain a Ratification of Commencement as

10   required by Ark. and *F. R. Civ. P.* 17(a), "real party in interest," that **You, Teresa H. Campbell,**

11   **Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, and/or your**

12   **Corporation, parent Corporation and other subsidiaries are** <u>not the "real party in interest"</u>**,**

13   failed or perpetuated failure to provide "full disclosure" of lawful terms, conditions, assignment,

14   consideration, silent agreements, repercussions, penalties, loss of rights and  the consequences

15   thereof.

16        **15.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

17   Does 1-10 Inclusive, your corporation, and previous purported owners of the note/credit agreement

18   jointly and severally have "**intentionally created fraud** in the factum and withheld from "Affiant"

19   vital information concerning said debt and all of the matrix involved in making the loan" ~~See~~

20   ~~*Deutsche Bank v. Peabody*, 866 N.Y.S.2d 91 (2008).~~

21        16. **Failure to disclose is Fraud.  Fraud vitiates all contracts** *ab initio***.  Fraud allows**

22   **Affiant(s) to rescind his signature and cancel the contract.**  Under cancellation of Contracts

23   UCC § 1-206(4) states that the damaged party (Affiant) retains remedy.

24        17**.** Said line of credit may have been created by Teresa H. Campbell, Shirley Jackson, SAN

25   DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive depositing STEVEN MACARTHUR-

26   BROOKS's promissory note/agreement into an account. Wherever those funds came from, they

27   represented a return of equity, **not a loan of money** from Teresa H. Campbell, Shirley Jackson,

28   SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive.

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1    18. The account has been reported to the IRS via the forms 1099-A and 1099-C, and the all

2    associated Debts canceled.

3    **19. All agreements between STEVEN MACARTHUR-BROOKS, and Teresa H.**

4    **Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive,**

5    **are undisputedly void ab initio and remain unequivocally so.**

6    **20. Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,**

7    **Does 1-10 Inclusive, its Agents, and Representatives may be attempting to evade taxes.**

8    **21. It remains undisputed that, Teresa H. Campbell, Shirley Jackson, SAN DIEGO**

9    **COUNTY CREDIT UNION, Does 1-10 Inclusive do not** have a valid claim against STEVEN

10   MACARTHUR-BROOKS.

11   22. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

12   Does 1-10 Inclusive, or who you represent **is the** DEBTOR in this matter.

13   23. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

14   Does 1-10 Inclusive, or who you represent is **not** the CREDITOR, or an ASSIGNEE of the

15   CREDITOR, in this matter.

16   **24**. Affiant and/or STEVEN MACARTHUR-BROOKS and/or STEVEN MACARTHUR

17   -BROOKS ESTATE am/are **NOT** the DEBTOR in this matter.

18   25. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

19   Does 1-10 Inclusive, or who you represent are **not** the Real Party in Interest in this matter.

20   **26**. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

21   Does 1-10 Inclusive, or who you represent did **NOT** put their assets at risk in this instant matter.

22   **27**. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

23   Does 1-10 Inclusive or who you represent have only "made a currency exchange" in this matter.

24   **28**. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

25   Does 1-10 Inclusive, or who you represent are using a corporate entity and/or TRUST in furtherance

26   of fraudulent act(s).

27

28

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1    29. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

2    Does 1-10 Inclusive or who you represent purposely destroyed the "GENUINE" ORIGINAL

3    NOTE to "securitize" a new and Fraudulent NOTE.

4    30. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

5    Does 1-10 Inclusive, or who you represent is calling the NOTE, and/or PROMISSORY  NOTE  a

6    NOTE when in reality the NOTE is a **security** by "true" definition (See 15 *U.S.C.* § 78c 10).

7    31. YOU,  Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

8    Does 1-10 Inclusive, or who you represent then register the NOTE/SECURITY with the SEC and

9    sell it for unjust enrichment and/or pecuniary gain for your fraudulent act(s).

10    32. YOU,  Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

11    Does 1-10 Inclusive, or who you represent as such, are buying, selling and/or trading NOTEs as

12    **fraudulent** securities.

13    33. YOU,  Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

14    Does 1-10 Inclusive, or who you represent has been paid in full for the "contract" in question.

15    34. YOU,  Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

16    Does 1-10 Inclusive, or who you represent follow the Federal Reserve GAAS when making a loan.

17    **35**. There is no lawful money in circulation, the gold remains removed from circulation, and

18    **House Joint Resolution 192 of 1933 Public Law 73-10 <u>remains enacted</u>**.

19    36. Affiant alleges that the attached Affidavit is *prima facie* evidence of fraud,

20    embezzlement, fraud, larceny, intensity theft, conspiracy, deprivation of rights under the color of

21    law, extortion. coercion, injury and damage to Affiant and proof of claim.  See *United States v. Kis*,

22    658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and

23    could do so by affidavit or other evidence."

24    37. <u>**ALL ARE EQUAL UNDER THE LAW.**</u> (God's  Law - Moral and Natural Law).

25    Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25.  "No

26    one is above the law".

27    **38. <u>IN COMMERCE TRUTH IS SOVEREIGN.</u>**  (Exodus 20:16; Ps. 117:2; John 8:32; II

28    Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

— EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1    **39. TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.** (Lev. 5:4-5; Lev.

2    6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

3        40**. AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** (12 Pet.

4    1:25; Heb. 6:13-15;). "He who does not deny, admits."

5    **41.   AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN**

6    **COMMERCE.** (Heb. 6:16-17;). There is nothing left to resolve.

7

8    **FURTHER AFFIANT SAITH NOT.**

9

10                          **ADMINISTRATIVE REMEDY PROCEDURE:**

11       Affiant and/or STEVEN MACARTHUR-BROOKS ESTATE and/or STEVEN

12    MACARTHUR-BROOKS, by Special Appearance, are hereby exhausting their administrative

13    remedy within the Admiralty, Law and/or Equity by providing Notice of same to You, Teresa H.

14    Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive.

15       As an operation of law, Affiants and/or the STEVEN MACARTHUR-BROOKS and/or

16    STEVEN MACARTHUR-BROOKS ESTATE are required to exhaust his/their administrative

17    remedy.

18       Again, Affiant alleges that the attached Affidavit is *prima face* evidence of fraud,

19    embezzlement, larceny, deprivation of rights under the color of law, identity theft, injury and

20    damage to Affiant and proof of claim.  See *United States v. Kis,* 658 F.2d, 526 (7th Cir. 1981).,

21    "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other

22    evidence."

23       As previously stated, with any administrative process, Teresa H. Campbell, Shirley Jackson,

24    SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive may controvert the statements and/

25    or claims made by Affiants by executing and delivering a **verified response point by point**, in

26    affidavit form, sworn and attested to under penalty of perjury, signed by Teresa H. Campbell,

27    Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive or other

28    designated officer of the corporation with evidence in support by Certified or Registered Mail.

— EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1  **Answers by any other means are considered a non-response and will be treated as a non-**

2  **response.**

3      Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10

4  Inclusive, may agree and admit to all statements and claims made by Affiant by **TACIT**

5  **PROCURATION** by **simply remaining silent.**

6

7                          <u>**ESTOPPEL BY ACQUIESCENCE**</u>:

8      In the event Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

9  UNION, Does 1-10 Inclusive and/or any Officer, Employee, or Associate with/of Teresa H.

10  Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive fails to

11  respond, they individually and collectively admit the statements and claims by **TACIT**

12  **PROCURATION**, all issues are deemed **settled RES JUDICATA**, **STARE DECISIS** and by

13  **COLLATERAL ESTOPPEL**. Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

14  CREDIT UNION, Does 1-10 Inclusive, may **not** argue, controvert, or otherwise protest the finality

15  of the administrative findings in any subsequent process, whether administrative or judicial.  (See

16  Black's Law Dictionary 6th Ed. for any terms you do not *"understand")*.  **Your failure to**

17  **completely answer and respond will result in your agreeing not to argue, controvert or**

18  **otherwise protest the finality of the administrative findings in <u>any</u> process, whether**

19  **administrative or judicial, as certified by Notary or Witness Acceptor in an Affidavit**

20  **Certificate of Non Response.**  Should YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO

21  COUNTY CREDIT UNION, Does 1-10 Inclusive fail to respond, provide partial, unsworn, or

22  incomplete answers, such are not acceptable to me or to any court of law.  See, *Sieb's Hatcheries,*

23  *Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in

24  which to answer the request for admission of facts and filed only an unsworn response within the

25  time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in

26  question were deemed admitted as true.  Failure to answer is well established in the court. *Beasley*

27  *v. U. S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests will be considered as having

28  been admitted."

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1    This is an opportunity for Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

2  CREDIT UNION, Does 1-10 Inclusive, to respond, state a claim as Genuine CREDITOR or

3  authorized representative of the Genuine CREDITOR under The *Truth In Lending Act* 15 *U.S.C.*

4  §1601, *Privacy Act* Title 5 *U.S.C.* § 552(b)(4), and Title 12 *U.S.C.* § 2605 within three (3) days.  In

5  the event you default and fail to properly respond to all questions and allegations YOU admit you

6  do not represent or are not the Genuine CREDITOR.  As such, YOU must return the "Genuine"

7  Note, Deed/Deed of Trust, provide recoupment, return all remittances, reconvey my title, cease any

8  action of collection of a CREDITOR, and remove all claims and negative information from credit

9  reporting bureaus.

10                **ACCOUNT  SETTLEMENT, CLOSURE, AND REMEDY:**

11    In order to privately settle and resolve this issue, Teresa H. Campbell, Shirley Jackson, SAN

12  DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive are required to **record, reconcile, settle,**

13  **and close the account**. This includes filing a **Removing any liens or encumbrances on the**

14  **subject property's registration and/or title**, within a deadline of **three (3) days.**

15    At the "**Deadline**" is defined as 5:00 p.m. on the third (3rd) day after your receipt of this

16  affidavit. "**Failure to respond**" is defined as a blank denial, unsupported denial, inapposite denial,

17  such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties

18  that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses

19  being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc*

20  and *Beasley, Supra.*  Failure to respond can result in **your acceptance of personal liability** external

21  to qualified immunity and waiver of any decision rights of remedy.

22    **Furthermore,** If You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

23  CREDIT UNION, Does 1-10 Inclusive fail to respond within three (3) days, you/they individually

24  and collectively admit the statements and claims by **TACIT PROCURATION, and completely**

25  **agree that you/they individually and collectively are guilty of** fraud, embezzlement, larceny,

26  extortion, coercion, conspiracy, deprivation of rights under the color of law, injury and damage to

27  Affiant and/or the STEVEN MACARTHUR-BROOKS ESTATE and/or STEVEN MACARTHUR-

28  BROOKS.

— EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1    **Moreover**, **If** You**,** Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

2    UNION, Does 1-10 Inclusive **fail to respond within three (3) days,** you/they individually and

3    collectively, **fully and unequivocally Accept, indorse, support, and advocate for a judgement of**

4    Ten Million Dollars ($10,000,000.00 USD) being entered against Teresa H. Campbell, Shirley

5    Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **in the favor of** STEVEN

6    MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE.

7    Finally, **If You,** Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

8    UNION, and/or Does 1-10 **fail to respond within three (3) days, you/they individually and**

9    **collectively, fully and unequivocally indorse, support and advocate for STEVEN**

10   **MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE to** formally

11   notify the United States Treasury and/or the Internal Revenue Service, submit the requisite forms

12   1099-A, 1099-OID, 1096, and 1041-V, execute an Affidavit Certificate of Non-Response and

13   Judgement, and issue an ORDER TO PAY, with this agreement servings as prima facie evidence of

14   You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10

15   Inclusive's indebtedness to STEVEN MACARTHUR-BROOKS and/or STEVEN MACARTHUR

16   -BROOKS ESTATE. Should it be deemed necessary, the Claimants/Plaintiffs are authorized to

17   initiate the filing of a lien to secure satisfaction of the adjudged sum of Ten Million Dollars

18   ($10,000,000.00 USD).

19

20   **Mailing/Correspondence:** Mail to Affiant's mailing location exactly as shown below. Use

21   of the Trademarks and Copyrights is NOT permitted without charge per use per issuer.

22   **Correspondence will be accepted only as addressed:**

**Steven Mac Arthur-Brooks, Trustee**
c/o 15822 North West 87th Court
Miami Lakes, Florida  [33018]

23

24

25   **ATTACHMENTS:**

26   1. STEVEN MACARTHUR-BROOKS Trademark and Copyright  (Copy).
     2. Form 1099-A filed with the IRS to Acquisition secured property and account (Copy).

27   3. Form 1099-C filed with the IRS to Cancel Fraudulent Debt (Copy).
     4. UCC Contract (Private) Trust # 2024400157-3  (Copy).

28   5. Affidavit: Power of Attorney In Fact for STEVEN MACARTHUR BROOKS (Copy).

-page 12 of 14-

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

— **EXHIBIT F** —

Certified Mail # 9589 0710 5270 1733 2160 00

1    6. Bill of Exchange: Non-Negotiable Acceptance of Inconsideration and Request Inconsolation (Original)

2    7. Debt Instrument/Bond/Money Order (Tender of Payment)Accepted for Value and Returned for Value, with honor
     (Original).

3    ## COMMERCIAL OATH AND VERIFICATION

4    County of Riverside            )

5                                   )            Commercial Oath and Verification
     The State of California        )

6

7    I, __STEVEN MACARTHUR-BROOKS__, under my unlimited liability and Commercial Oath
     proceeding in good faith being of sound mind states that the facts contained herein are true, correct,
8    complete and not misleading to the best of Affiant's knowledge and belief under penalty of
     International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and
9    sealed this __28th__ day of __APRIL__ in the year of Our Lord two thousand and twenty four:

10   Authorized signature By: UCC 3-402 (b)(1)

11
                               proceeding sui juris, by special limited appearance,
12                  **All rights reserved without prejudice or recourse, UCC § 1-308, 3-402**

13   By: _Steven MacArthur-Brooks_____

14       Steven MacArthur-Brooks, sui juris, ID # 99-6443789
         Affiant, Authorized Representative, Secured Party.

15
     Let this document stand as truth before the Almighty Supreme Creator and let it be established before men
16   according as the scriptures saith: *"But if they will not listen, take one or two others along, so that
     every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In*
17   *the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

18
                               proceeding sui juris, by special limited appearance,
19                  **All rights reserved without prejudice or recourse, UCC § 1-308**

20   By: _____

21       Kevin Walker (WITNESS)

22
                               proceeding sui juris, by special limited appearance,
23                  **All rights reserved without prejudice or recourse, UCC § 1-308**

24   By: _____

25       Brittany Cabral MacArthur-Brooks (WITNESS)

26                                  **NOTICE:**

27   Using a notary on this document does *not* constitute any adhesion, *nor does it alter my status in any
     manner.* The purpose for notary is verification and identification only and not for entrance into any
28   foreign jurisdiction.

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

— EXHIBIT F —

Certified Mail # 9589 0710 5270 1733 2160 00

1           **JURAT**

2   State of Florida                     )
                                         ) ss.
3   County of Miami-Dade                 )

4   Subscribed and sworn to (or affirmed) before me on this 28th day of April 2024 ,

5   by Steven MacArthur-Brooks, proved to me on  the basis of satisfactory evidence to be the person(s) who appeared
    before me.

6

7   _Yasmil Hernandez_ _____ Notary public
                print

8   _____ Seal:

9                                        YASMIL HERNANDEZ
                                         Notary Public - State of Florida
                                         Commission # HH 474340
                                         My Comm. Expires Feb 2, 2028

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE of DISHONOR, DEFAULT, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, and DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT G —





# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

**From:** Steven MacArthur-Brooks, sui juris,
Authorized Representative(s), Secured Party(ies).
STEVEN MACARTHUR-BROOKS
c/o 15822 North West 87th Court
Miami Lakes, Florida [33018]
non-domestic *without* the United States

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**To:** Teresa H. Campbell, Shirley Jackson
SAN DIEGO COUNTY CREDIT UNION
6545 SEQUENCE DRIVE
SAN DIEGO, CA 92121
EIN # 95-1184903

**Date:** 17 May, 2024       **ACCOUNT NUMBER:** 0007568356, VIN: 3GTP1NEC0JG447243

## AFFIDAVIT

## NOTICE of NON-RESPONSE, DEFAULT, and OPPORTUNITY TO CURE

STEVEN MACARTHUR-BROOKS, STEVEN
MACARTHUR-BROOKS ESTATE,

　　　　　　　Plaintiff(s),

vs.

Teresa H. Campbell, Shirley Jackson SAN DIEGO
COUNTY CREDIT UNION, Does 1-10 Inclusive,

　　　　　　　Defendant(s).

) - FRAUD
) - EMBEZZLEMENT
) - IDENTITY THEFT
) - LARCENY
) - EXTORTION
) - COERCION
) - DEPRIVATION OF RIGHTS UNDER THE
)   COLOR OF LAW
) - BREACH OF TRUST
) - FORCED PEONAGE
) - CONSPIRACY
) - DEMAND FOR ACCOUNT
)   SETTLEMENT AND CLOSURE
) - $10,000,000.00 DUE
)

_____

**VERIFIED**

This correspondence constitutes a formal notification of Default, Non-Response, and

Dishonor, concurrently providing an Opportunity to Cure. Currently, Does 1-10 persist in a state of

commercial dishonor, non-response, and default, with a said sum of **Ten Million U.S. Dollars**

**($10,000,000.00 USD)** exigible forthwith, attributed to acts of **fraud, extortion, embezzlement,**

**larceny, coercion, conspiracy, theft, and deprivation of rights under color of law.**

Notification was effected through delivery of an Affidavit via Certified Mail # 9589 0710

5270 1733 2160 00 Compliance stipulated a requisite response within a (3) day period; however, no

such valid response has been forthcoming. In the event your dishonor through-nonperformance and

non- response was unintentional or due to reasonable neglect or impossibility, Attached again for

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  your review and response is a copy of the same presentment, sent via Certified Mail # 9589 0710

2  5270 1733 2160 00.

3       If you continue your dishonorable actions and fail to cure the breach, your silence and/or

4  refusal will be your express agreement individually and collectively to all statements made in the

5  initial notice of acceptance and herein, and it will be presumed that you agree to all of the

6  agreement's stipulations.

7       This is an offer for Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

8  UNION, and/or Does 1-10 Inclusive, in honor, to make full disclosure if you are in fact the TRUE

9  (See Black's law Dictionary 6th Ed. **"TRUE"** page 1508) **CREDITOR** or represent the true

10 **CREDITOR** under *The Truth In Lending Act* 15 *U.S.C.* §1601, *Privacy Act* Title 5 *U.S.C.* § 552(a)

11 and Title 12 *U.S.C.* § 2605. The requirement of **CREDITOR** to respond and act to a purported

12 **DEBTOR**'s request for full disclosure and information regarding a purported debt; the account you

13 list as STEVEN MACARTHUR-BROOKS, **ACCOUNT NUMBER: 0007568356, VIN #**

14 **3GTP1NEC0JG447243** with SAN DIEGO COUNTY CREDIT UNION.

15       NOTE valued at Twenty Thousand and 00/100 U.S. Dollars ($24,000.00 USD) for

16 purported loan #0007568356, VIN # 3GTP1NEC0JG447243, as well as all other assets

17 (tangible and intangible) and securities have bene Accepted for Value, and have been or will

18 deposited to the U.S. Treasury to the U.C.C. contract (Private) Trust Account for STEVEN

19 MACARTHUR-BROOKS ESTATE.

20       IT IS REQUESTED/DEMANDED THAT ALL ACCOUNTS, BONDS, AND

21 SECURITIES BE LIQUIDATED, AND THAT ALL CREDITS BE RELEASED TO THE

22 STEVEN MACARTHUR-BROOKS ESTATE OR ITS AGENT(S).

23       If you refuse to stipulate that you are or represent the true **CREDITOR** of the **purported**

24 LOAN, VIN # 3GTP1NEC0JG447243, **you must cease any and all collection activity** and

25 surrender the Title to VIN # 3GTP1NEC0JG447243, free of any liens or encumbrances, and make

26 restitution and remedy. Accordingly, **if YOU fail to respond in this Matter, then YOU have thus**

27 **stipulated that** I MUST be the true **CREDITOR** in this matter, and any previous claims by you

28 and/or any other party that I am the purported DEBTOR are thus considered null and void ab initio

-page 2 of 14-

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  by you and all other parties, and you are guilty of fraud, extortion, embezzlement, larceny, and

2  banking and securities fraud.

3      YOU, cannot be the **CREDITOR** in this instant matter because YOU and/or any of YOU

4  NEVER risked any assets, nor are any of YOU holding any assets. A **CREDITOR** cannot be a true

5  **CREDITOR** if they don't hold the asset in question and they cannot hold assets for if they do, their

6  tax exempt status is violated and the Trust itself is void *ab initio*.

7      If you are the true **CREDITOR** or represent the true **CREDITOR** under The *Truth In*

8  *Lending Act* 15 *U.S.C.* §1601, *Privacy Act* Title 5 *U.S.C.* § 552(b)(4), and Title 12 *U.S.C.* § 2605

9  you MUST NOW inform me, the INTERNAL REVENUE SERVICE (IRS) and the SECURITIES

10  AND EXCHANGE COMMISSION (SEC) of YOUR/THEIR change in Tax exempt status of being

11  a **CREDITOR**.

12      You, my purported lending institution, successor in ownership, and/or loan servicer have

13  committed acts of fraud upon me, and the public in general, and are the single cause of this paradox

14  and absent YOU stating the claim as true **CREDITOR** or representative of the true **CREDITOR,**

15  YOU cannot claim a debt or collection thereof.

16      The undersigned, Steven MacArthur-Brooks, hereafter referred to as individually as Affiant

17  and Collectively as Affiants. Affiants are the Agents, Attorney In Facts, and Secured Parties and

18  Secured Creditors of and for STEVEN MACARTHUR-BROOKS and STEVEN MACARTHUR-

19  BROOKS ESTATE. Affiants hereby state that he/she are of legal age and competent to state on

20  belief and personal knowledge that the facts set forth herein as duly noted below are true, correct,

21  complete, and presented in good faith regarding the account listed as STEVEN MACARTHUR-

22  BROOKS, **Account Number: 0007568356, VIN # 3GTP1NEC0JG447243,** with the purported

23  CREDITOR to be with SAN DIEO COUNTY CREDIT UNION. **This Affidavit concerns** Teresa

24  H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **and**

25  **their attempt to collect a fraudulent debt, their coercion, extortion, conspiracy, deprivation of**

26  **rights under the color of law, identity theft, embezzlement, larceny, and to ORDER the**

27  **settlement and closure of this account.**

28      As with any administrative process, Teresa H. Campbell, Shirley Jackson, SAN DIEGO

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  COUNTY CREDIT UNION, Does 1-10 Inclusive may controvert the statements and/or claims

2  made by Affiants by executing and delivering a **verified response point by point, in affidavit**

3  **form, sworn and attested to under penalty of perjury,** signed by Teresa H. Campbell, Shirley

4  Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive or other designated officer

5  of the corporation with evidence in support by Certified or Registered Mail,. **Answers by any other**

6  **means are considered a non-response and will be treated as a non-response.**

7

8  **YOU MUST RESPOND and REBUT MY ALLEGATIONS and CLAIMS under Title 12**

9  **_U.S.C._ § 2605.**

10

11  I, **Steven MacArthur-Brooks, a living soul,** over 18 years of age, being competent to

12  testify and having first hand knowledge of the facts herein, in good faith, allege and declare under

13  penalty of perjury that:

14  1. The fraudulently claimed "Car Loan" was in no way a "Car loan" as it was truly a

15  CURRENCY EXCHANGE as one form of "currency," the GENUINE ORIGINAL PROMISSORY

16  NOTE, was exchanged for another form of "currency" known as FEDERAL RESERVE NOTES or

17  MONEY OF ACCOUNT OR CHECKBOOK MONEY.

18  2. You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

19  Does 1-10 Inclusive, and/or your corporation, never at any time risked any of its assets and truly

20  only exchanged the GENUINE ORIGINAL PROMISSORY NOTE for "credit" according to the

21  Federal Reserve Generally Accepted Accounting Standards (GAAS) with the FEDERAL

22  RESERVE SYSTEM.

23  **3.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

24  Does 1-10 Inclusive, and/or your corporation received unjust enrichment and/or pecuniary gain for

25  your fraudulent act(s).

26  **4.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

27  Does 1-10 Inclusive, and/or your corporation have operated as a FICTITIOUS PAYEE unlawfully

28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  accepting unjust enrichment from a fraudulent and deceitful "contract" known as a "LOAN" and/or

2  "CREDIT AGREEMENT."

3  **5.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

4  Does 1-10 Inclusive, and/or your corporation has skirted numerous laws required by several states

5  concerning the "RECORDING OF DOCUMENTS" to defraud the states of their lawfully required

6  recording fees.

7  **6.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

8  Does 1-10 Inclusive, and/or your corporation has violated numerous laws concerning "filing and/or

9  recording false and/of fraudulent" documents in a public office.

10  **7.** You, **Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,**

11  **Does 1-10 Inclusive,** and/or your corporation copied the NOTE before it was mutilated, destroyed,

12  dis-attached from the other documents, etc. and therefore the copy is invalid even if said copy was

13  or is "certified."

14  **8. Without disclosure** You, **Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY**

15  **CREDIT UNION, Does 1-10 Inclusive,** and/or your Corporation, parent Corporation and other

16  subsidiaries convert the monetary instrument (note) into an unregistered security, thereby

17  counterfeiting the purported borrower's signature, without disclosure that a note is a "monetary

18  instrument" that evidences a promise to pay a monetary obligation, does evidence an order to pay,

19  and does contain an acknowledgment by a bank that the bank has received for deposit a sum of

20  money or funds Ref. *U.C.C.* 9-102(a)(9). However, the debt instrument used for this purported loan

21  transaction exceeds a maturity of nine (9) months, and therefore it is already a security, Ref. 15

22  *U.S.C.* 78(c)(10). Therefore, any reference to a note is your/their knowledgeable, willful fraud by

23  conversion, intent and action.

24  **9. Without disclosure** You, **Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY**

25  CREDIT UNION, Does 1-10 Inclusive, and/or your Corporation, parent Corporation and other

26  subsidiaries register the note as a security with the SECURITIES and EXCHANGE COMMISSION

27  using Form S3. Under *U.C.C.* 3-306, there cannot be a holder in due course on a promissory note

28  after YOU deposit it so you use **off balance sheet bookkeeping** under Financial Accounting

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1 Standards (FAS) to hide the asset of the (See Black's Law Dictionary 6th Ed "TRUE" page 1508)

2 true CREDITOR. All banks and subsidiary mortgage companies follow FAS standards.

3     **10.** FR 2046 is one of several reports that are filed on OMB forms in which the public has a

4 right to disclosure under the Privacy Act that shows the purported borrower's asset and You, Teresa

5 H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive,

6 and/or your Corporation, parent Corporation and other subsidiaries 'liability. **Under Title 12**

7 *U.S.C.* **1813(L)(1)** when the purported borrower gives, deposits, or surrenders or the subsequent

8 supposed loan owner obtains the promissory note, it becomes a cash item and You, Teresa H.

9 Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, and/or

10 your Corporation, parent Corporation and other subsidiaries are required to give the purported

11 borrower **a cash receipt**. The deposit of Affiant's promissory note was made to a demand deposit

12 account you, and/or your Corporation, parent Corporation and other subsidiaries are required to

13 show it on THEIR books, but **instead THEY do an offset entry and fail to give the purported**

14 **borrower and Affiant(s) a cash receipt**.

15     **11.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

16 Does 1-10 Inclusive, and/or your Corporation, parent Corporation and other subsidiaries are

17 required under 12 *U.S.C.* §§248 and 347 to file an FR 2046 balance sheet. YOUR liability is

18 my/our promissory note. It is YOUR liability because it is an asset to me/us. YOU owe me that

19 money under recoupment. You call it an offset in accounting, but in the *Uniform Commercial Code*

20 *(U.C.C.)* it is called a **recoupment**.

21     **12.** Affiants hereby bring **a mandatory counterclaim. Affiant(s) demand recoupment**

22 **settlement and closure**. Under FAS 140, We are entitled to setoff. **YOU and/or your**

23 **Corporation must use our accounts payable as an offset or counterclaim to the financial asset**

24 **side** and that is the receivable.

25     **13.**   **Affiant(s) demands copies of** the S3 registration statement, the form You, Teresa H.

26 Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, **and/or**

27 your Corporation, parent Corporation and other subsidiaries file that shows THEY sold the note that

28 is a transfer; the 424(b)(5) prospectus; the balance sheets FR 2046, 2049, and 1099s that have OMB

-page 6 of 14-

**NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE**

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1     numbers on them and are subject to disclosure under the Privacy Act, Title 5 *U.S.C.* § 552(a).

2     Auditors keep track of where the assets went. If necessary, I will file suit and subpoena the auditor.

3     **14.** The genuine note and/or mortgage does **not** contain a Ratification of Commencement as

4     required by Ark. and *F. R. Civ. P.* 17(a), "real party in interest," that **You, Teresa H. Campbell,**

5     **Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive, and/or your**

6     **Corporation, parent Corporation and other subsidiaries are not the "real party in interest",**

7     failed or perpetuated failure to provide "full disclosure" of lawful terms, conditions, assignment,

8     consideration, silent agreements, repercussions, penalties, loss of rights and the consequences

9     thereof.

10     **15.** You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

11     Does 1-10 Inclusive, your corporation, and previous purported owners of the note/credit agreement

12     jointly and severally have "**intentionally created fraud** in the factum and withheld from "Affiant"

13     vital information concerning said debt and all of the matrix involved in making the loan" See

14     ~~Deutsche Bank v. Peabody, 866 N.Y.S.2d 91 (2008).~~

15     **16. Failure to disclose is Fraud. Fraud vitiates all contracts *ab initio*. Fraud allows**

16     **Affiant(s) to rescind his signature and cancel the contract.** Under cancellation of Contracts

17     UCC § 1-206(4) states that the damaged party (Affiant) retains remedy.

18     **17.** Said line of credit may have been created by Teresa H. Campbell, Shirley Jackson, SAN

19     DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive depositing STEVEN MACARTHUR-

20     BROOKS's promissory note/agreement into an account. Wherever those funds came from, they

21     represented a return of equity, **not a loan of money** from Teresa H. Campbell, Shirley Jackson,

22     SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive.

23     **18.** The account has been reported to the IRS via the forms 1099-A and 1099-C, and the all

24     associated Debts canceled.

25     **19. All agreements between STEVEN MACARTHUR-BROOKS, and Teresa H.**

26     **Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive,**

27     **are undisputedly void ab initio and remain unequivocally so.**

28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1     20. **Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,**

2  **Does 1-10 Inclusive, its Agents, and Representatives may be attempting to evade taxes.**

3     21. **It remains undisputed that, Teresa H. Campbell, Shirley Jackson, SAN DIEGO**

4  **COUNTY CREDIT UNION, Does 1-10 Inclusive do not** have a valid claim against STEVEN

5  MACARTHUR-BROOKS.

6     22. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

7  Does 1-10 Inclusive, or who you represent **is** the DEBTOR in this matter.

8     23. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

9  Does 1-10 Inclusive, or who you represent is **not** the CREDITOR, or an ASSIGNEE of the

10  CREDITOR, in this matter.

11     24. Affiant and/or STEVEN MACARTHUR-BROOKS and/or STEVEN MACARTHUR-

12  BROOKS ESTATE am/are **NOT** the DEBTOR in this matter.

13     25. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

14  Does 1-10 Inclusive, or who you represent are **not** the Real Party in Interest in this matter.

15     26. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

16  Does 1-10 Inclusive, or who you represent did **NOT** put their assets at risk in this instant matter.

17     27. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

18  Does 1-10 Inclusive or who you represent have only "made a currency exchange" in this matter.

19     28. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

20  Does 1-10 Inclusive, or who you represent are using a corporate entity and/or TRUST in

21  furtherance of fraudulent act(s).

22     29. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

23  Does 1-10 Inclusive or who you represent purposely destroyed the "GENUINE" ORIGINAL

24  NOTE to "securitize" a new and Fraudulent NOTE.

25     30. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

26  Does 1-10 Inclusive, or who you represent is calling the NOTE, and/or PROMISSORY NOTE a

27  NOTE when in reality the NOTE is a **security** by "true" definition (See 15 *U.S.C.* § 78c 10).

28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1     31. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

2  Does 1-10 Inclusive, or who you represent then register the NOTE/SECURITY with the SEC and

3  sell it for unjust enrichment and/or pecuniary gain for your fraudulent act(s).

4     32. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

5  Does 1-10 Inclusive, or who you represent as such, are buying, selling and/or trading NOTEs as

6  **fraudulent** securities.

7     33. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

8  Does 1-10 Inclusive, or who you represent has been paid in full for the "contract" in question.

9     34. YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION,

10  Does 1-10 Inclusive, or who you represent follow the Federal Reserve GAAS when making a loan.

11     35. There is no lawful money in circulation, the gold remains removed from circulation, and

12  **House Joint Resolution 192 of 1933 Public Law 73-10 <u>remains enacted</u>**.

13     36. Affiant alleges that the attached Affidavit is *prima facie* evidence of fraud,

14  embezzlement, fraud, larceny, intensity theft, conspiracy, deprivation of rights under the color of

15  law, extortion. coercion, injury and damage to Affiant and proof of claim. See *United States v. Kis,*

16  658 F.2d, 526 (7th Cir. 1981)., "Appellee had the burden of first proving its prima facie case and

17  could do so by affidavit or other evidence."

18     37. <u>**ALL ARE EQUAL UNDER THE LAW.**</u> (God's Law - Moral and Natural Law).

19  Exodus 21:23-25; Lev. 24: 17-21; Deut. 1; 17, 19:21; Mat. 22:36-40; Luke 10:17; Col. 3:25. "No

20  one is above the law".

21     38. <u>**IN COMMERCE TRUTH IS SOVEREIGN.**</u> (Exodus 20:16; Ps. 117:2; John 8:32; II

22  Cor. 13:8 ) Truth is sovereign -- and the Sovereign tells only the truth.

23     39. <u>**TRUTH IS EXPRESSED IN THE FORM OF AN AFFIDAVIT.**</u> (Lev. 5:4-5; Lev.

24  6:3-5; Lev. 19:11-13: Num. 30:2; Mat. 5:33; James 5: 12)

25     40. <u>**AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH IN COMMERCE.**</u> (12 Pet.

26  1:25; Heb. 6:13-15;). "He who does not deny, admits."

27     41. <u>**AN UNREBUTTED AFFIDAVIT BECOMES THE JUDGMENT IN**</u>

28  <u>**COMMERCE.**</u> (Heb. 6:16-17;). There is nothing left to resolve.

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1

2  **FURTHER AFFIANT SAITH NOT.**

3

4  <u>**ADMINISTRATIVE REMEDY PROCEDURE:**</u>

5  Affiant and/or STEVEN MACARTHUR-BROOKS ESTATE and/or STEVEN

6  MACARTHUR-BROOKS, by Special Appearance, are hereby exhausting their administrative

7  remedy within the Admiralty, Law and/or Equity by providing Notice of same to You, Teresa H.

8  Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive.

9  As an operation of law, Affiants and/or the STEVEN MACARTHUR-BROOKS and/or

10  STEVEN MACARTHUR-BROOKS ESTATE are required to exhaust his/their administrative

11  remedy.

12  Again, Affiant alleges that the attached Affidavit is *prima face* evidence of fraud,

13  embezzlement, larceny, deprivation of rights under the color of law, identity theft, injury and

14  damage to Affiant and proof of claim. See *United States v. Kis,* 658 F.2d, 526 (7th Cir. 1981).,

15  "Appellee had the burden of first proving its prima facie case and could do so by affidavit or other

16  evidence."

17  As previously stated, with any administrative process, Teresa H. Campbell, Shirley Jackson,

18  SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive may controvert the statements

19  and/or claims made by Affiants by executing and delivering a **verified response** <u>**point by point**</u>, in

20  affidavit form, sworn and attested to under penalty of perjury, signed by Teresa H. Campbell,

21  Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive or other

22  designated officer of the corporation with evidence in support by Certified or Registered Mail.

23  **Answers by any other means are considered a non-response and will be treated as a non-**

24  **response.**

25  Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10

26  Inclusive, may agree and admit to all statements and claims made by Affiant by **TACIT**

27  **PROCURATION** by **simply remaining silent.**

28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1                          **ESTOPPEL BY ACQUIESCENCE**:

2          In the event Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

3 UNION, Does 1-10 Inclusive and/or any Officer, Employee, or Associate with/of Teresa H.

4 Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive fails to

5 respond, they individually and collectively admit the statements and claims by **TACIT**

6 **PROCURATION,** all issues are deemed **settled RES JUDICATA, STARE DECISIS** and by

7 **COLLATERAL ESTOPPEL**. Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

8 CREDIT UNION, Does 1-10 Inclusive, may **not** argue, controvert, or otherwise protest the finality

9 of the administrative findings in any subsequent process, whether administrative or judicial.  (See

10 Black's Law Dictionary 6th Ed. for any terms you do not *understand")*.  **Your failure to**

11 **completely answer and respond will result in your agreeing not to argue, controvert or**

12 **otherwise protest the finality of the administrative findings in any process, whether**

13 **administrative or judicial, as certified by Notary or Witness Acceptor in an Affidavit**

14 **Certificate of Non Response.**  Should YOU, Teresa H. Campbell, Shirley Jackson, SAN DIEGO

15 COUNTY CREDIT UNION, Does 1-10 Inclusive fail to respond, provide partial, unsworn, or

16 incomplete answers, such are not acceptable to me or to any court of law.  See, *Sieb's Hatcheries,*

17 *Inc. v. Lindley,* 13 F.R.D. 113 (1952)., "Defendant(s) made no request for an extension of time in

18 which to answer the request for admission of facts and filed only an unsworn response within the

19 time permitted," thus, under the specific provisions of Ark. and *Fed. R. Civ. P.* 36, the facts in

20 question were deemed admitted as true.  Failure to answer is well established in the court. *Beasley*

21 *v. U. S.,* 81 F. Supp. 518 (1948)., "I, therefore, hold that the requests will be considered as having

22 been admitted."

23          This is an opportunity for Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

24 CREDIT UNION, Does 1-10 Inclusive, to respond, state a claim as Genuine CREDITOR or

25 authorized representative of the Genuine CREDITOR under The *Truth In Lending Act* 15 *U.S.C.*

26 §1601, *Privacy Act* Title 5 *U.S.C.* § 552(b)(4), and Title 12 *U.S.C.* § 2605 within three (3) days.  In

27 the event you default and fail to properly respond to all questions and allegations YOU admit you

28 do not represent or are not the Genuine CREDITOR.  As such, YOU must return the "Genuine"

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  Note, Deed/Deed of Trust, provide recoupment, return all remittances, reconvey my title, cease any

2  action of collection of a CREDITOR, and remove all claims and negative information from credit

3  reporting bureaus.

4

5  **ACCOUNT SETTLEMENT, CLOSURE, AND REMEDY:**

6  In order to privately settle and resolve this issue, Teresa H. Campbell, Shirley Jackson, SAN

7  DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive are required to **record, reconcile, settle,**

8  **and close the account**. This includes filing a Removing any liens or encumbrances on the

9  **subject property's registration and/or title,** within a deadline of **three (3) days.**

10  At the **"Deadline"** is defined as 5:00 p.m. on the third (3rd) day after your receipt of this

11  affidavit. **"Failure to respond"** is defined as a blank denial, unsupported denial, inapposite denial,

12  such as, "not applicable" or equivalent, statements of counsel and other declarations by third parties

13  that lack first-hand knowledge of the facts, and/or responses lacking verification, all such responses

14  being legally insufficient to controvert the verified statements herewith.  See *Sieb's Hatcheries, Inc*

15  and *Beasley, Supra*.  Failure to respond can result in **your acceptance of personal liability** external

16  to qualified immunity and waiver of any decision rights of remedy.

17  **Furthermore,** If You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY

18  CREDIT UNION, Does 1-10 Inclusive fail to respond within three (3) days, you/they individually

19  and collectively admit the statements and claims by **TACIT PROCURATION, and completely**

20  **agree that you/they individually and collectively are guilty of** fraud, embezzlement, larceny,

21  extortion, coercion, conspiracy, deprivation of rights under the color of law, injury and damage to

22  Affiant and/or the STEVEN MACARTHUR-BROOKS ESTATE and/or STEVEN MACARTHUR-

23  BROOKS.

24  **Moreover,** If You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

25  UNION, Does 1-10 Inclusive **fail to respond within three (3) days,** you/they individually and

26  collectively, **fully and unequivocally Accept, indorse, support, and advocate for a judgement of**

27  Ten Million Dollars ($10,000,000.00 USD) being entered against Teresa H. Campbell, Shirley

28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10 Inclusive **in the favor of** STEVEN

2  MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE.

3      Finally, **If You,** Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT

4  UNION, and/or Does 1-10 **fail to respond within three (3) days, you/they individually and**

5  **collectively, fully and unequivocally indorse, support and advocate for STEVEN**

6  **MACARTHUR-BROOKS, and the STEVEN MACARTHUR-BROOKS ESTATE to** formally

7  notify the United States Treasury and/or the Internal Revenue Service, submit the requisite forms

8  1099-A, 1099-OID, 1096, and 1041-V, execute an Affidavit Certificate of Non-Response and

9  Judgement, and issue an ORDER TO PAY, with this agreement servings as prima facie evidence of

10  You, Teresa H. Campbell, Shirley Jackson, SAN DIEGO COUNTY CREDIT UNION, Does 1-10

11  Inclusive's indebtedness to STEVEN MACARTHUR-BROOKS and/or STEVEN MACARTHUR -

12  BROOKS ESTATE. Should it be deemed necessary, the Claimants/Plaintiffs are authorized to

13  initiate the filing of a lien to secure satisfaction of the adjudged sum of Ten Million Dollars

14  ($10,000,000.00 USD).

15

16      **Mailing/Correspondence:** Mail to Affiant's mailing location exactly as shown below. Use

17  of the Trademarks and Copyrights is NOT permitted without charge per use per issuer.

18  **Correspondence will be accepted only as addressed:**

19          **Steven Mac Arthur-Brooks, Trustee**
        c/o 15822 North West 87th Court

20          Miami Lakes, Florida [33018]

21  <u>**ATTACHMENTS:**</u>

22  1. STEVEN MACARTHUR-BROOKS  Trademark and Copyright (Copy).
    2. Form 1099-A filed with the IRS to Acquisition secured property and account (Copy).

23  3. Form 1099-C filed with the IRS to Cancel Fraudulent Debt (Copy).
    4. UCC Contract (Private) Trust # 2024400157-3  (Copy).

24  5. UCC3 Filling  #2024405802-2 for instrument (s) Issued for Collateral Add of NOTE and DEED of TRUST and

25      ASSETS  to UCC Contract (Private) Trust #2024400157-3 (Copy).
    6. Affidavit: Power of Attorney In Fact for STEVEN MACARTHUR BROOKS  (Copy).

26  7. UCC3 Filling  #2024403283-5 for instrument (s) Issued for Collateral Add of NOTE and DEED of TRUST and
    ASSETS  to UCC Contract (Private) Trust #2024400157-3 (Copy).

27  8. Form 1099-OID filed with the IRS

28  <u>      **COMMERCIAL  OATH AND VERIFICATION**</u>

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT H —

Certified Mail # 9589 0710 5270 1733 2161 23

1  County of Riverside              )
2  The State of California          )          Commercial Oath and Verification

3
4  I, STEVEN MACARTHUR-BROOKS, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Affiant's knowledge and belief under penalty of International Commercial Law and state this to be HIS Affidavit of Truth regarding same signed and sealed this _____ day of April in the year of Our Lord two thousand and twenty four:

5
6
7  Authorized signature By: UCC 3-402 (b)(1)

8                          proceeding sui juris, by special limited appearance,
                **All rights reserved without prejudice or recourse, UCC § 1-308**
9
10  By: _____
            **Steven MacArthur-Brooks,** sui juris, ID # 99-6443789
11            Affiant, Authorized Representative, **Secured Party.**

12  Let this document stand as truth before the Almighty Supreme Creator and let it be established before men
13  according as the scriptures saith: *"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. In the*
14  *mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

15
16                          **NOTICE:**
          Using a notary on this document does **not** constitute any adhesion, **nor does it alter**
17  **my status in any manner.** The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISHONOR, FRAUD, EMBEZZLEMENT, EXTORTION, LARCENY, AND DEMAND FOR ACCOUNT SETTLEMENT AND CLOSURE

# — EXHIBIT I —

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Teresa H. Campbell, Shirley Jackson
SAN DIEGO COUNTY CREDIT UNION
9545 SEQUENCE DRIVE
SAN DIEGO, CA 92121

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8855 4005 7089 43

2. Article Number (Transfer from service label)
9589 0710 5270 1733 2161 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery  $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
Teresa H. Campbell, Shirley Jackson   SAN DIEGO COUNTY CREDIT UNION
Street and Apt. No., or PO Box No.
9545 SEQUENCE DRIVE
City, State, ZIP+4®
SAN DIEGO, CA 92121

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 1733 2161 23

# — EXHIBIT J —



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Teresa H. Campbell, Shirley Jackson
c/o SAN DIEGO COUNTY CREDIT UNION
6545 Sequence dr.
San Diego, CA [92121]

9590 9402 8772 3310 6325 38

2. Article Number (Transfer from service label)

RF 204 463 888 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                                    ☐ Agent
                                                     ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Registered No.  RF 204 463 888 US

Date Stamp

EL MERCADO HIALEAH FL
JUN 26 2024
3016

Postage $  $13.45
Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $

Received by

OFFICIAL USE

FROM
Steven MacArthur-Brooks
c/o 15822 North West 87th Court
Miami Lakes, Florida [33018]

TO
Teresa H. Campbell, Shirley Jackson
c/o SAN DIEGO COUNTY CREDIT UNION
6545 Sequence dr.
San Diego, CA [92121]

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

# — EXHIBIT K —

Date:   26 April, 2024

Invoice # 042624-18GNC-3GTP1NEC0JG447243

*VOID WHERE PROHIBITED BY LAW*

Certified Mail # 9589 0710 5270 1733 2160 00

# BILL OF EXCHANGE

### NON-NEGOTIABLE
***PRIVATE ISSUE***
ISSUED WITH OID
Refusal to accept is discharge of debt

Re:        Non-Negotiable Acceptance of Inconsideration and Request Inconsolation in Accord with the BILLS
OF EXCHANGE ACT, U.C.C. 3-419, 3-603, 3-311, HJR-192 of 5 June 1933, Public Law 73-10, and
Registered Adjustment of Account:

Collateral:    XXXXXX8356 / Vin # 042624-18GNC-3GTP1NEC0JG447243

Value of Bill:  **$24,000.00** USD

The Undersigned accepts for value, honor, and consideration all indorsements front and back and includes
those in accord with U.C.C. § 3-419 as evidence with the herein Bill of Exchange to U.C.C. Contract
Account # 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 in the amount listed below and is part of the Undersigned's tax estimate for use by
the Republic, and the account is charged for the fees necessary for securing and registering the priority
exchange for the tax exemption to discharge the public liability in accord with HJR-192 of 5 June 1933 and
Public Law § 73-10. The Undersigned directs commanding the memory of account # 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  and
charging the same to the debtor's order or to the Secretary of the Treasury's order.

All rights reserved, without Recourse,

By: 

Steven MacArthur-Brooks, as Surety
for STEVEN CLYE MACARTHUR BROOKS, Payor
c/o 15822 North West 87th Court
Hialeah, Florida, [nearby 33018]

---

Please detach

Please detach

Date:  _____ 26 April, 2024 _____

Return to:  Steven MacArthur-Brooks,
c/o 15822 North West 87th Court
Hialeah, Florida, [nearby 33018]

Invoice # 042624-18GNC-3GTP1NEC0JG447243

Pass-Through Account #:  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
Collateral:     XXXXXX8356 / Vin # 042624-18GNC-3GTP1NEC0JG447243
Pay to:       UNITED STATES TREASURY
For Credit to:   SAN DIEGO COUNTY CREDIT UNION

Indorsement of Payor:

Value of Bill:     $ 24,000.00  USD

By: 

Authorized Representative
without recourse, UCC § 1-308

Written Amount:   **Twenty Four Thousand and 00/100 —— U.S. Dollars**

**STUB**

*VOID WHERE PROHIBITED BY LAW*

**STUB**

# — EXHIBIT K —

1.   See the **BILL OF EXCHANGE ACT.**

2.   See House Joint Resolution 192, Public Law 73-10: ["every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy, and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore of hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts.']

3.   Federal Reserve notes are obligations and have no redeemable value in gold or silver coin, wherefore the amount of tender or obligation is always zero. See -U.S. Constitution, 1789, Article 1, Section 10. "No state shall ...make anything but gold and silver coin a tender in payment of debts"... Wherefore there can be no payment of debt. Only discharge of debt.

4.   A bill of exchange fulfills the legal definition of a negotiable instrument (currency) and also per Uniform Commercial Code (UCC) 3-104 and legally discharges any alleged debt. This is merely a "promise to pay" and not a sight draft, forged document, bogus instrument, etc. . . . .Once tendered, the debt is discharged. Period.

5.   Refusal to accept is discharge of debt. See **UCC § 3-603. TENDER OF PAYMENT.** (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

6.   A "Bill of exchange" will be monetized / discounted by the Federal Reserve for any of its member banks or any individual, partnership, or corporation. See USC TITLE 12 > CHAPTER 3 > SUBCHAPTER IX > § 343

   • Upon the indorsement of any of its member banks, which shall be deemed a waiver of demand, notice and protest by such bank as to its own indorsement exclusively, any Federal reserve bank may discount notes, drafts, and bills of exchange arising out of actual commercial transactions; that is, notes, drafts, and bills of exchange issued or drawn for agricultural, industrial, or commercial purposes, or the proceeds of which have been used, or are to be used, for such purposes, the Board of Governors of the Federal Reserve System to have the right to determine or define the character of the paper thus eligible for discount, within the meaning of this chapter. Nothing in this chapter contained shall be construed to prohibit such notes, drafts, and bills of exchange, secured by staple agricultural products, or other goods, wares, or merchandise from being eligible for such discount, and the notes, drafts, and bills of exchange of factors issued as such making advances exclusively to producers of staple agricultural products in their raw state shall be eligible for such discount; but such definition shall not include notes, drafts, or bills covering merely investments or issued or drawn for the purpose of carrying or trading in stocks, bonds, or other investment securities, except bonds and notes of the Government of the United States. Notes, drafts, and bills admitted to discount under the terms of this paragraph must have a maturity at the time of discount of not more than ninety days, exclusive of grace.

   • In unusual and exigent circumstances, the Board of Governors of the Federal Reserve System, by the affirmative vote of not less than five members, may authorize any Federal reserve bank, during such periods as the said board may determine, at rates established in accordance with the provisions of section 357 of this title, to discount for any individual, partnership, or corporation, notes, drafts, and bills of exchange when such notes, drafts, and bills of exchange are indorsed or otherwise secured to the satisfaction of the Federal reserve bank: Provided, That before discounting any such note, draft, or bill of exchange for an individual or a partnership or corporation the Federal reserve bank shall obtain evidence that such individual, partnership, or corporation is unable to secure adequate credit accommodations from other banking institutions. All such discounts for individuals, partnerships, or corporations shall be subject to such limitations, restrictions, and regulations as the Board of Governors of the Federal Reserve System may prescribe.

UCC 1-308,
# 3-402

By: _____
Authorized Representative without recourse

— EXHIBIT —

**REGISTERED**
RF372320890US

**REGISTERED**
RF372320890US

# MASTER
# Discharging and Indemnity Bond
## Number

**ORIGINAL ISSUE DATE**
07/15/2024

**MATURITY DATE**
07/15/2054

SCMBMASTER071524

COPY

Registered Holder and Fiduciary:
```
    Janet Yellen
    Secretary of the Treasury
    U.S. Department of the Treasury
    1500 Pennsylvania Avenue, N.W.
    Washington, D.C. 20220
```

For Offset By/Through:

STEVEN CLYDE MACARTHUR BROOKS, Grantor
Private Offset Account No. F48954565

KEVIN LEWIS WALKER, First Surety
Private Offset Account No. F06271216

DONNABELLE ESCAREZ MORTEL, Second Surety
Private Offset Account No. F44424207

Securitization Bond: Non-Negotiable Private Bond for Setoff No.
SCMBMASTER071524, STEVEN CLYDE MACARTHUR BROOKS, Principal; Janet Yellen,
Registered Holder & Fiduciary, Registered No. RE372320890US and credit the
same to Post Registered Account No. RF44463931US.

*This Private Master Discharging and Indemnity Bond shall be entered as an asset to the*
*United States Department of the Treasury in the amount of*

## ---- TWO HUNDRED BILLION DOLLARS ----

*KNOW ALL MEN BY THESE PRESENTS, to facilitate lawful commerce in the absence of substance backed currency in circulation, Timothy F. Geithner or agents thereof ("Fiduciary") upon receipt of this private Discharging and Indemnity Bond No. SCMBMASTER071524 ("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used and applied specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts listed below. The Fiduciary has been entered in the books of the grantor as the registered holder.*

*SETOFF. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, STEVEN CLYDE MACARTHUR BROOKS , and guarantors, KEVIN LEWIS WALKER and DONNABELLE ESCAREZ MORTEL, who do hereby hold, bind and obligate themselves sui juris jointly and severally as voluntary sureties for all such account holders and accounts, each jointly and severally, including, without limitation Birth Certificate Account # 188190508936 for any sum up to and including Two Hundred Billion 00·00 United States Dollars ($200,000,000,000.00), insuring, underwriting, indemnifying, discharging, paying and satisfying all such account holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities") until the sum or term of this Bond is exhausted.*

*AS A CONSEQUENCE THEREOF, the Fiduciary shall satisfy all pre-existing and current Liabilities as may exist without exception for, against and on behalf of all such account holders and accounts dollar for dollar through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.*

*PRE-PAYMENT. Each of the said account holders and accounts shall be severally insured, underwritten and indemnified against any and all future Liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.*

*DISHONOR. The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor this Bond by returning same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the Fiduciary's honorable acceptance of this Bond and all obligations and liabilities hereunder on behalf of the United States.*

*MATURITY. Upon maturity at 11:59:59 P.M., 07/15/2054, the Secretary shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.*

*All communication shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.*

*IN WITNESS WHEREOF, the signatories to this Bond do hereby affix their respective hands and seals as Authorized Government Contracting Agents on this Fifteenth day of the Seventh month ........... in the Year of Our Lord Two Thousand and Twenty-Four.*

Surety #1 – Kevin Walker
Private Offset Account No. F06271216
c/o 30650 Ranch California Road suite #406-251
Temecula, California, [near 92591]
non-domestic *without* the United States

Surety #2 – Donnabelle Escarez Mortel
Private Offset Account No. F44424207
c/o 30650 Ranch California Road suite #406-251
Temecula, California, [near 92591]
non-domestic *without* the United States

Steven Clyde MacArthur-Brooks — Grantor
Private Offset Account No. F48954565
c/o 15822 North West 87th Court
Miami Lakes, Florida [near 33018]
non-domestic *without* the United States

Witness #1 – Brittany Cabral MacArthur-Brooks
c/o 15822 North West 87th Court
Miami Lakes, Florida [near 33018]
non-domestic *without* the United States

Witness #2 – Sean Johnson
c/o 277 South East 31st Avenue
Homestead, Florida, [near 330331]
non-domestic *without* the United States

RF372320890US

COPY

# — EXHIBIT M —



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934,** and that the attached photocopies from Volume XLVIII – the title page, the publisher's page, and pages 112 to 112 on which appears the JOINT RESOLUTION *To assure uniform value to the coins and currency of the United States,* June 5, 1933 – are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is stamped with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on October 1, 2014.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov

# — EXHIBIT M —

THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA

FROM

MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

## VOL. XLVIII

IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

PART 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

# — EXHIBIT M —



LIBRARY OF CONGRESS
6
JAN 2 8 1991
COPY
ORDER DIVISION

KF50
.U5
vol 48, pt 1
Sat 2
LLRR

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 313 to page 1291, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker *pro tempore*) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate *pro tempore*); those signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 1491 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 598 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

— EXHIBIT M —

112        73d CONGRESS.   SESS. I.   CHS. 46–48.   JUNE 3, 5, 1933.

**[CHAPTER 46.]**

June 3, 1933.
[H. R. 4494.]
[Public, No. 29.]

**AN ACT**

Authorizing a per capita payment of $100 to the members of the Menominee Tribe of Indians of Wisconsin from funds on deposit to their credit in the Treasury of the United States.

Menominee Indians of Wisconsin.
Per capita payments to, from tribal funds.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior be, and he is hereby, authorized to withdraw from the fund in the Treasury of the United States on deposit to the credit of the Menominee Indians in the State of Wisconsin a sufficient sum to make therefrom a per capita payment or distribution of $100, in three installments, $50 immediately upon passage of this Act, $25 on or about October 15, 1933, and $25 on or about January 15, 1934, to each of the living members on the tribal roll of the Menominee Tribe of Indians of the State of Wisconsin, under such rules and regulations as the said Secretary may prescribe.

Approved, June 3, 1933.

**[CHAPTER 47.]**

June 5, 1933.
[S. J. Res. 48.]
[Pub. Res., No. 9.]

**JOINT RESOLUTION**

Authorizing the Secretary of War to receive for instruction at the United States Military Academy at West Point, Posheng Yen, a citizen of China.

Posheng Yen, a citizen of China.
Admitted to Military Academy.
*Proviso.*
No Federal expense.
Conditions.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of War be, and he is hereby, authorized to permit Posheng Yen to receive instruction at the United States Military Academy at West Point for the course beginning not later than July 1, 1934: *Provided,* That no expense shall be caused to the United States thereby, and that Posheng Yen shall agree to comply with all regulations for the police and discipline of the Academy, to be studious, and to give his utmost efforts to accomplish the courses in the various departments of instruction, and that said Posheng Yen shall not be admitted to the Academy until he shall have passed the mental and physical examinations prescribed for candidates from the United States, and that he shall be immediately withdrawn if deficient in studies or in conduct and so recommended by the Academic Board: *Provided further,* That in the case of said Posheng Yen the provisions of sections 1320 and 1321 of the Revised Statutes shall be suspended: *Provided further,* That S.J.Res. 179, approved March 3, 1933, be, and the same is hereby, repealed.

Oath and service, waived.
R. S., secs. 1320, 1321, p. 227.

Existing law repealed.
Vol 47, p. 1546.

Approved, June 5, 1933.

**[CHAPTER 48.]**

June 5, 1933.
[H. J. Res. 192.]
[Pub. Res., No. 10.]

**JOINT RESOLUTION**

To assure uniform value to the coins and currencies of the United States.

Uniform value of coins and currencies.
Preamble.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

— EXHIBIT M —

73d CONGRESS.   SESS. I.   CHS. 48, 49.   JUNE 5, 6, 1933.   113

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred.  Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

*Side notes:* Clauses in obligations requiring gold, etc., payments declared contrary to public policy. No future obligation to be so expressed. Payments to be made in legal tender. Conflicting provisions repealed. U.S.C. p. 1063. Other provisions not invalidated. Term "obligation" defined. "Coin or currency." National Economic Emergency Act, amended. *Ante,* p. 52. Coins and currencies as legal tender. Abrased gold coins, according to weight.

[CHAPTER 49.]

AN ACT

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

*June 6, 1933. [S. 510.] [Public, No. 30.]*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director.  The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service

*Side notes:* National cooperative employment service. United States Employment Service created in Department of Labor. Appointment, etc., of Director. Existing service to be abolished; personnel and property transferred.

85837°—34——8

# — EXHIBIT N —

| | | |
|---|---|---|
| ☐ VOID ☐ CORRECTED | | |

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>STEVEN CLYDE MACARTHUR-BROOKS<br>c/o 15822 North West 87th Court<br>Miami Lakes, Florida [33018] | | OMB No. 1545-0877<br><br>Form **1099-A**<br>(Rev. January 2022)<br><br>For calendar year<br>20 **24** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S TIN<br>62-6127213 | BORROWER'S TIN | **1** Date of lender's acquisition or knowledge of abandonment<br>04/26/2024 | **2** Balance of principal outstanding<br>$ 24,000 | **Copy C For Lender** |
| BORROWER'S name<br>SAN DIEGO COUNTY CREDIT UNION<br><br>Street address (including apt. no.)<br>6845 SEQUENCE DRIVE<br><br>City or town, state or province, country, and ZIP or foreign postal code<br>SAN DIEGO CA 92121 | | **3**<br><br>$ | **4** Fair market value of property<br><br>$ 24,000 | For Privacy Act and Paperwork Reduction Act Notice, see the current General Instructions for Certain Information Returns. |
| | | **5** Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . ▶ ☑ | |
| Account number (see instructions)<br>XXXXXX835614 | | **6** Description of property<br>full satisfaction. Use of exemption. Debt Instrument issued. Certified Mail # 9589 0710 5270 1733 2160 00. | |

Form **1099-A** (Rev. 1-2022)          www.irs.gov/Form1099A          Department of the Treasury - Internal Revenue Service

# — EXHIBIT O —

☐ CORRECTED ( If checked )

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>STEVEN MACARTHUR-BROOKS<br>c/o 15822 North West 87th Court<br>Miami Lakes FL 33018<br>US - Phone: 7602919282 | 1 Date of identifiable event<br>2023/12/31 | OMB No. 1545-1424 | |
|---|---|---|---|
| | | Form **1099-C** | **Cancellation** |
| | 2 Amount of debt discharged<br>$  100708.00 | (Rev. January 2022) | **of Debt** |
| | 3 Interest, if included in box 2<br>$  100708.00 | For calendar year<br>2023 | |

| CREDITOR'S TIN<br>62-6127213 | DEBTOR'S TIN<br>XX-XXX4903 | 4 Debt description<br>credit use on account and intstruments | Copy B |
|---|---|---|---|
| | | | For Debtor |
| DEBTOR'S name, address, City or town, state or province, country and ZIP or foreign postal code<br>SAN DIEGO COUNTY CREDIT UNION<br>6545 SEQUENCE DRIVE<br>SAN DIEGO CA 92121<br>US | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| | | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . . . . . . . . . . . . ☑ | |

| Account number (see instructions)<br>XXXXXX835614 | 6 Identifiable event code<br>A | 7 Fair market value of property<br>$  100708.00 |
|---|---|---|

Form**1099-C**(Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1099C   Department of the Treasury - Internal Revenue Service

**Instructions for Debtor**

You received this form because a federal government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at www.irs.gov/Pub4681, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. Note: If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A—Bankruptcy; B—Other judicial debt relief; C—Statute of limitations or expiration of deficiency period; D— Foreclosure election; E—Debt relief from probate or similar proceeding; F—By agreement; G—Decision or policy to discontinue collection; or H—Other actual discharge before identifiable event

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099C.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

# — EXHIBIT P —

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>STEVEN CLYDE MACARTHUR-BROOKS<br>c/o 15822 North West 87th Court<br>Miami Lakes, Florida [33018] | **1** Original issue discount for the year*<br><br>$              24,000<br>* This may not be the correct figure to report on your income tax return. See instructions on the back.<br>**2** Other periodic interest<br><br>$ | OMB No. 1545-0117<br><br>Form **1099-OID**<br>(Rev. January 2024)<br><br>For calendar year<br>2024 | **Original Issue Discount** |
|---|---|---|---|
| **PAYER'S TIN**<br>62-6127213 | **RECIPIENT'S TIN**<br>95-1184903 | **3** Early withdrawal penalty<br>$ | **4** Federal income tax withheld<br>$              24,000 | **Copy B** |
| | | **5** Market discount<br>$ | **6** Acquisition premium<br>$ | **For Recipient** |
| **RECIPIENT'S name**<br>SAN DIEGO COUNTY CREDIT UNION<br><br>Street address (including apt. no.)<br>6545 SEQUENCE DRIVE | | **7** Description<br>Use of credit and securities for account. Debt Instrument issued. Certified Mail # 9589 0710 5270 1733 2160 00. | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| City or town, state or province, country, and ZIP or foreign postal code<br>SAN DIEGO CA 92121 | | **8** Original issue discount on U.S. Treasury obligations*<br>$ | **9** Investment expenses<br>$ | |
| | FATCA filing requirement ☐ | **10** Bond premium<br>$ | **11** Tax-exempt OID<br>$ | |
| Account number (see instructions)<br>XXXXXX835614 | | **12** State | **13** State identification no. | **14** State tax withheld<br>$<br>$ |

Form **1099-OID** (Rev. 1-2024)          (keep for your records)          www.irs.gov/Form1099OID          Department of the Treasury - Internal Revenue Service